IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



SEP 1 3 2022

**CARMELITA** REEDER SHINN, CLERK
**U.S. DIST. COURT, WESTERN DIST. OKLA.**
BY_____,DEPUTY

MICHAEL A. CAMPBELL,

(Enter the full name of the plaintiff.)

v.

Case No. CIV-22-399-R
(Court Clerk will insert case number)

(1) OKLAHOMA County DET.
(2) CENTER, et al,

(3) _____.

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

## THE FIRST AMENDED
## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.    You must type or legibly handwrite the Complaint, and you must answer all
questions concisely and in the proper space.  Where more space is needed to answer any
question, you may attach a separate sheet.

2.    You must provide a full name for each defendant and describe where that
defendant resides or can be located.

3.    You must send the original complaint and one copy to the Clerk of the District
Court.

4.    You must pay an initial fee of $402 (including a $350 filing fee and a $52
administrative fee).  The complaint will not be considered filed until the Clerk receives
the $402 fee or you are granted permission to proceed *in forma pauperis*.

5.    If you cannot prepay the $402 fee, you may request permission to proceed *in
forma pauperis* in accordance with the procedures set forth in the Court's form
application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

1

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7.    The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.    If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.


## COMPLAINT

**I.    Jurisdiction is asserted pursuant to:**

    ✓ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

    ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

_____

Rev. 10/20/2015

2

**II.    State whether you are a:**

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

✓ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

**III.    Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

   Plaintiff(s): _MICHAEL A. CAMPBELL_____

   Defendant(s): _JODY JONES, ETC....._____

   _____

   b. Court and docket number: _684 FED. APPX. 750_____

   c. Approximate date of filing: _2013_____

   d. Issues raised: _DELIBERATE INDIFFERENCE_____

   _____

   _____

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _____

   _CASE DISMISSED_____

   f. Approximate date of disposition: _2016_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

3

## IV.   Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.   Plaintiff

Name and any aliases: _MICHAEL A. CAMPBELL_

Address: _2550 W. FRANKLIN Rd, NORMAN OKLA, 73069_

Inmate No.: _201900181_

2.   Defendant No. 1

Name and official position: _WILLIAM MONDAY,_

_ADMINISTRATOR_

Place of employment and/or residence:  _OKLA. Co. DET. CENTER_

How is this person sued? ( ) official capacity, ( ) individual capacity, ( ) both

3.   Defendant No. 2

Name and official position: _GREG WILLIAMS_

_ADMISTRATOR_

Place of employment and/or residence: _OKLA, Co. DET. CENTER_

How is this person sued? ( ) official capacity, ( ) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

4. DEFENDANT No. 3

NAME AND OFFICIAL POSITION: DR. WINCHESTER, DOCTOR
PLACE OF EMPLOYMENT: OKLA. CO. DET. CENTER, 201 N. SHARTEL
HOW IS THIS PERSON SUED? BOTH (2) CAPACITIES

5. DEFENDANT No. 4

NAME AND OFFICIAL POSITION: AMANDA, LNU
PLACE OF EMPLOYMENT: OKLA. CO. DET. CENTER, 201 N SHARTEL
HOW THIS PERSON IS SUED? BOTH (2) CAPACITIES

6. DEFENDANT No. 5

NAME AND OFFICIAL POSITION: OTHELLA, LNU
PLACE OF EMPLOYMENT: OKLA. CO. DET. CENTER, 201 N. SHARTEL, OKC. OK.
HOW THIS PERSON IS SUED? BOTH (2) CAPACITIES

7. DEFENDANT No. 6

NAME AND OFFICIAL POSITION: OKLA. CO. CR. JUSTICE AUTHORITY
PLACE OF EMPLOYMENT: 201 N. SHARTEL, OKLA. CITY, OKLA. 73102
HOW THIS PERSON IS SUED? BOTH (2) CAPACITIES

8. DEFENDANT No. 7

NAME AND OFFICIAL POSITION: TURNKEY HEALTH, SUED IN BOTH (2) CAPACITIES
PLACE OF EMPLOYMENT: 201 N. SHARTEL, OKLA. CITY, OKLA. 73102

5

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. **Claim 1:**

    (1) List the right that you believe was violated:

THE RIGHT TO BE FREE FROM DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEED + MY DAILY SUFFERING EXCRUCIATING PAIN, IN VIOLATION OF OKLA. CONST, ART. 2 §§§ 7, 8+9; U.S. CONST. 8TH, 14TH AMENDS; AS WELL AS THE INHUMANE CONDITIONS OF CONFINEMENT....

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

(A) DEFENDANTS WILLIAM MONDAY + GREG WILLIAMS; THE OKLA. CRIM. JUSTICE AUTHORITY; TURNKEY HEALTH + DR. WINCHESTER EACH HAD KNOWLEDGE THAT PRIOR TO BEING ARRESTED 02-15-2022, I WAS UNDER DR. ALI'S CARE AT THE V.A. HOSPITAL IN OKC, OKLA. → SEE P.7

Rev. 10/20/2015

6

AND THAT I HAD BEEN SEEN DURING PRE-OPT BY THE ORTHOPEDIC SURGEON WHOM WAS SCHEDULED TO PERFORM MY MUCH NEEDED SURGERY: "TOTAL HIP JOINT REPLACEMENT SURGERY."

EACH OF THESE DEFENDANTS HAS DELIBERATELY TREATED ME INDIFERENT TO OTHER PATIENTS SUFFERING EXCRUCIATING PAIN DAILY, AS A RESULT FOR THEIR NEED OF A TOTAL HIP JOINT REPLACEMENT SURGERY. EACH OF THESE DEFENDANTS HAS IGNORED, BELITTLED, AND HAS NOT TAKEN MY SUFFERING EXCRUCIATING PAIN SERIOUSLY; NOR HAVE THEY TAKEN MY IMMEDIATE NEED FOR SURGERY SERIOUSLY.

FURTHERMORE, EACH OF THE ABOVE MENTIONED DEFENDANTS CONTINUE TO IGNORE THE MEDICAL FACT THAT "MY HIP JOINT BONE STRUCTURE IS PROGRESSIVELY DETERIATING WITH A DEBILITATING AFFECT THAT DECREASED & CONTINUE TO DECREASE MY MOBILITY AND MY RANGE OF MOTION, SQUATTING - SITTING - STANDING - WALKING AND LAYING DOWN.

(2) (B)

DR. WINCHESTER: REFUSED TO PROVIDE ME WITH ANYTHING FOR MY PAIN EXCEPT COMMON ASPRINS, OR THAT WHICH WAS THE EQUIVELANT THEREOF. THIS IS A DELIBERATE PERSONAL DECISION. HE DETERMINED THAT I HAVE A "SEVERE DEGENERATIVE DISEASE IN MY LEFT HIP JOINT, THEREFORE HE'S AWARE OF THE INCREASING INTENSITY OF MY PAIN AS MY BONES DEGENERATE, YET TO THIS VERY MOMENT I SUFFER. I WAS UNDER THE CARE OF DR. WINCHESTER FROM 02-15-2022 TO 05-27-2022, AND ALL HE DID WAS TO CONFIRM MY PAIN AND "HE TOLD ME THAT HE WAS NOT ALLOWED TO GIVE ME THE TYPE OF PAIN MANAGEMENT THAT HE REALIZE THAT I NEED" HE SAID "ALL HE WAS ALLOWED TO PRESCRIBE FOR MY PAIN WAS SOMETHING NOT MORE POTENT THAN A COMMON ASPRIN." WHICH WAS NOT TRUE, BECAUSE 05-27-2022, I WAS MEDICALLY O.R. OUT OF STATE CUSTODY AND INTO THE CUSTODY OF THE U.S. MARSHALL AND NOT long AFTER MY ARRIVAL TO THE CLEVELAND CO. DET. CENTER, DR. PATA (BECKY) PRESCRIBED ME CODINE/TYLENOL #4.

7

DR. PATA + DR. WINCHESTER ARE EMPLOYED BY TURNKEY HEALTH. AFTER TWO WEEKS, DR. BECKY PATA DISCONTINUED THE CODINE/TYLENOL #4 AND PLACED ME ON THE SAME MEDICATION DR. WINCHESTER DESCRIBED AS "NOT MUCH MORE POTENT THAN AN ASPRIN." DR. BECKY PATA STATES THAT: "EMPLOYER WILL NOT ALLOW HER TO PRESCRIBE THE DEFINITELY NEEDED PAIN MANAGEMENT MEDICATION I SO DES— —PERATELY NEED". SHE REALIZE + ACKNOWLEDGE MY NEED, YET SHE IS FORCED TO VIOLATE HER HIPPOCRATICAL OATH AS A HEALTH PROFESSIONAL BECAUSE OF THE POLICIES + CUSTOMARY PRACTICES OF TURNKEY HEALTH.

## (2)(G)

TURNKEY HEALTH : HAS AND CONTINUE TO THIS VERY MOMENT TO DELIBERATELY TREAT ME INDIFFERENT TO OTHER PATIENTS WHOM HAVE A SEVERE DEGENERATIVE DISEASE, IN NEED OF TOTAL HIP JOINT REPLACEMENT. THEIR POLICIES, THEIR POLICY MAKERS AND THOSE RESPONSIBLE [DR. WINCHESTER, DR. PATA, AMANDA LNU, OTHELLO LNU.] FOR THE ENFORCEMENT + AND ABIDING BY TURNKEY HEALTH'S POLICIES AND WIDESPREAD CUSTOMARY PRACTICES ARE NEGLIGENT OF THEIR HIPPOCRATIC OATH TURNKEY HEALTH HAS TAKEN [AS WELL AS THEIR PHYSICIANS] TO OBSERVE MEDICAL ETHICS DERIVING FROM THE SCHOOL OF MEDICINE FROM WHICH THE "HIPPOCRATIC OATH + NAME" ORIGINATED FROM.

THE POLICY MAKERS OF TURNKEY HEALTH, THEIR POLICIES + EMPLOYEES ARE VIOLATING AT THIS VERY MOMENT, THEIR SOLEMN PROMISE OF PROVING QUALITY HEALTH CARE TO MY SERIOUS MEDICAL RIGHT NOW, AS I'M CRYING OUT FOR HELP PLEASE? YET, DR. PATA STATES THAT HER BOSS WILL NOT ALLOW HER TO AIDE & ASSIST MY PAIN MANAGEMENT NOR WILL THEY PROVIDE FOR THE EXACT, AND ONLY REMEDY THAT DR. WINCHESTER STATED FOR MY CONDITION IS "A TOTAL HIP JOINT REPLACEMENT." TURNKEY HEALTH ADMINISTRATORS, THEIR POLICY MAKERS,

THEIR POLICIES; RECOGNIZE, REALIZE, ACKNOWLEDGE MY DISEASE AND THE CURE THEREOF.... YET THEY DELIBERATELY TREAT ME INDIFFERENT FROM OTHER PEOPLE WITH "SEVERE DEGENERATIVE DISEASE REQUIRING HIP JOINT REPLACEMENT SURGERY. TURNKEY HEALTH'S NEGLIGENCE AND TOTAL DISREGARD OF THE HIPPOCRATIC OATH THEY'VE BREACH HAS RESULTED IN THE REDUCTION OF MY RANGE OF MOTION AND MY ABILITY TO SIT, STAND, SQUAT, BEND AND EVEN MY ABILITY TO RELAX COMFORTABLY WHEN I LAY DOWN OR RECLINE TO ANY DEGREE. TURNKEY HEALTH'S POLICIES AND POLICY MAKER'S "NEGLIGENCE" IS TAKING A CRIPPLING EFFECT ON MY HIP & LEG WHICH IS INCREASING MY ALREADY FORM OF DISABILITY TO THE LEVEL OF BEING A TOTAL CRIPPLE:

## (2)(D)

AMANDA, LNU: ON APRIL 1, 2022, I WAS BEDRIDDEN WITH SO MUCH PAIN THAT I COULD NOT RAISE MYSELF UP OFF THE BED. THE NURSE WHO PASSED OUT MEDICATION THAT MORNING SAID THAT SHE COULD NOT [BY POLICY] GIVE ME MY MEDS BE--CAUSE POLICY WOULD NOT ALLOW HER TO TAKE THE 2 OR 3 STEPS IT TOOK TO GIVE ME MY PAIN MEDS AS LONG AS I REMAINED IN BED. THE OFFICER WHO ESCORTED THE NURSE OBSERVED MY CONDITION AS THEY BOTH STOOD IN THE DOORWAY, AND SHE SAID TO THE NURSE: "GIVE ME HIS MEDICATION, I WILL GIVE IT TO HIM," AND SHE DID. THEY BOTH STOOD IN THE DOORWAY AS THEY RADIOED FOR MEDICAL HELP. SOON THEREAFTER AMANDA, LNU ARRIVED, TOOK MY BLOOD PRESSURE AND RAN A INK PEN UP & DOWN MY LEG AND SAID THAT "I NEEDED A DOCTOR, AND SHE WILL BE RIGHT BACK WITH THE DOCTOR." SHE JUST LEFT ME LAYING THERE. NEITHER HER NOR A DOCTOR EVER RETURNED, I WAS FORCED TO ENDURE SUCH TREATMENT FOR MY SERIOUS MEDICAL NEED.

## (2)(E)

OTHELLA, LNU: ON APRIL 26, 2022, I FILED A EMERGENCY GRIEVANCE # 175683172, BECAUSE OTHELLA LNU DELIVERS THE EVENING PAIN MEDICATION

9

WHICH IS SCHEDULED DAILY AFTER THE LAST MEAL AROUND 5:00p.m.. OTHELLA LNU AND THE OTHER EVENING NURSES, THEIR CUSTOMARY PRACTICE THROUGHOUT THE FACILITY IS TO PASS OUT THE 5:00p.m. PAIN MEDS, AT 12:00A.M.. ON 04/26/2022, MY PAIN WAS SO SEVERE THAT I COULD NOT LIFT MYSELF OUT OF THE BED AS OTHELLA LNU STOOD IN THE DOORWAY WITH MY MEDICATION IN HIS HANDS AND TOLD ME TO GET UP OR NO MEDS. OTHELLA + THE ESCORTING OFFICER LAUGHED AND JOKED AS I LAID THERE IN SEVERE PAIN, THE ES-
-CORTING OFFICER SAID TO OTHELLA: "IF YOU AIN'T GOING TO GIVE IT TO HIM I SURE AIN'T !" THEY BOTH JUST WALKED OFF AND LEFT ME LAYING THERE IN PAIN,

## (2)(F)

MR. WILLIAM MONDAY AND MR. GREG WILLIAMS, ADMINISTRATORS OF OKLA. CO. DET. CENTER/CRIMINAL JUSTICE AUTHORITY'S POLICIES: IS RESPONSIBLE THROUGH THEIR OFFICIAL POLICIES, AND INFORMAL CUSTOMS AMOUNTING TO A WIDESPREAD PRACTICE OF "NEGLIGENCE" AND "DELIBERATE INDIF-
-FERENCE" TO MY SERIOUS MEDICAL NEED THROUGH THEIR CUSTOMS OF NOT PROVIDING HEALTH CARE TO PRE-TRIAL DETAINEE, BED STRICKEN WITH PAIN AND "POLICY" WILL NOT ALLOW THE PILL CALL LNU'S TO STEP INSIDE A CELL (2 FT) TO PASS A BEDSTRICKEN W/PAIN INMATE HIS PAIN MEDICATION. THE PILL CALL/MED PASS NURSE IN THE SITUATION, LEAVE IT TO THE DISCRETION OF THE SECURITY OFFICER TO HAND THE INMATE HIS MEDICATION OR NOT. MANY OFFICERS REFUSE TO PASS THE MEDICATION, BECAUSE THEY SAY THAT IS NOT THEIR JOB TO PASS MEDS. THEREFORE, THE INMATE IS FORCED TO LAY IN HIS CELL IN PAIN, WHILE THE MED PASS NURSE, STANDING 2 FT. AWAY REFUSE TO GIVE THE INMATE HIS/HER MEDICATION THAT SHE IS HOLDING IN THEIR HAND. HE OR SHE WOULD JUST WALK ON OFF WITH MEDS. IN HAND, AND LEAVE (ME) THE INMATES LAYING THERE IN PAIN.... THE POLICIES AND POLICY MAKERS ARE GUILTY OF NEGLIGENCE + DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS AS A RESULT OF THEIR STAFF

MEMBERS AND THEIR EMERGENCY MEDICAL TELEPHONE/WALL SPEAKER OPERATORS ARE NOT PROPERLY NOR ADEQUATELY TRAINED TO RESPECT NOR RESPOND TO "THE SERIOUS MEDICAL NEEDS OF INMATES" AND THIS FACT IS ONE OF THE MAJOR CAUSE OF SO MANY DEATHS IN THE OKLA. Co. DET. CENTER. THEIR POLICY + POLICY MAKERS ALLOW ANYONE, UNTRAINED PERSON OFF THE STREETS, TO BE HIRED TODAY AND BE OPERATING THE EMERGENCY PHONE SYSTEM TOMORROW OR THE FOLLOW-ING WEEK, WITH NO TRAINING. EVEN THEIR LONG TIME EMPLOYEES ARE NOT TRAINED PROFESSIONALLY TO RESPECT NOR RESPOND TO A CALL, EXPRESSING A SERIOUS MEDICAL NEED, ESPECIALLY DURING THE MIDNIGHT + TWILIGHT HOURS OF EVERY NIGHT!

ON MARCH 12, 2022, @ 5:47   I EXPERIENCED EXTREME SEVERE PAIN AND I CALL FOR HELP AND MY CELLMATE [SEE EX.#1] CALLED FOR ME ALSO, AND AND THE COMMON PRATICE IS THAT THEY TELL (ME) THE INMATES THAT THEY WILL SEND MEDICAL HELP, BUT THEY EASILY GET DISTRACTED WITH ANOTHER MATTER AND NO ONE FROM MEDICAL NEVER COME UNTIL YOU DIE OR NEARLY DIE. AFTER SEVERAL CONSECUTIVE PHONE CALLS, THEY WILL FINALLY ANSWER AND (I) THE INMATE WILL REMIND THEM AND ALL THEY SAY IS: "MY BAD, I'll CALL MEDICAL NOW FOR YOU," AND STILL NO ONE WILL EVER COME HELP. ON MARCH 31st, 2022, AND ALSO IN FEB, & MAY 2022, I MADE SEVERAL EMERGENCY PHONE CALLS ON THE WALL PHONE IN MY CELL #13-D-22 WITH THE EXACT SAME RESULTS AS I EXPERIENCED 03/12/2022. Also, ON 03/31/2022, I COMPLAINED TO THE ROVER, THE 13TH FLOOR SARGENT ABOUT MY INTENSE PAIN AND THEY JOKED ABOUT IT AND SAID THEY CAN'T HELP, PUT IN A SICK CALL. AT MED PASS THAT SAME DAY THE NURSE TOLD ME THAT SHE HAD NOTHING FOR ME, BUT I WAS AWARE THAT SHE WAS LYING. I IMMEDIATELY A PAPER FORM SICK CALL RE-QUEST (AS OPPOSE TO A TABLET OR KIOSK), PLUS I SUBMITTED A MEDICAL GRIEVANCE .... THESE POLICIES, THE POLICY MAKERS + THOSE RESPONSIBLE FOR ENFORCING + CARRYING OUT THESE IN ADQUATE POLICIES ARE CONTRARY TO WHAT THE COURT ESTABLISHED IN MONELL, 436 U.S. 658, 98 S. CT. 2018, 56 L. Ed. 2d 611 (1978).

11

APRIL 1, 2022, MY PAIN WAS CRIPPLING AND I COULD NOT EVEN
LIFT MY SELF OUT OF BED AND NURSE AMANDA LNU, LEFT ME
IN BED, NO MEDICINE, BUT A PROMISE TO RETURN WITH THE
DOCTOR, AND SHE NEVER RETURNED... AND.... I WAS FORCED TO
LAY THERE IN BED AND SHED TEARS AS I SUFFERED! AND
THE OKLAHOMA COUNTY DETENTION CENTER SHOULD NOT BE
ENTITLED TO AN ABSOLUTE IMMUNITY, SCHEUER V. RHODES, 416
U.S. 232, 248, 98 S.Ct. 1683, 1692, 40 L.Ed. 2d 90.


ALL THE ABOVE AND MUCH MORE IS ONLY A SURFACE VIEW OF
THE TIP OF THE ICE BERG OF CONSTITUTIONAL VIOLATIONS AS A
RESULT OF THE OFFICIAL POLICIES AND WIDESPREAD PRACTICES
(DESCRIBED ABOVE) THAT ARE CUSTOMARY FACILITY WIDE FROM
THE BOTTOM FLOOR TO THE TOP FLOOR:

  Ⓐ. THEIR EMERGENCY MEDICAL PHONE OPERATORS ARE NOT
    ADEQUATELY TRAINED TO RESPOND TO SERIOUS MEDICAL
    NEEDS;

  Ⓑ THEIR DETENTION OFFICERS ARE NOT ADEQUATELY
    TRAINED TO RESPOND TO SERIOUS MEDICAL NEEDS;

  Ⓒ THE OFFICIAL POLICIES AND CUSTOMARY PRACTICES
    ARE INSUFFICIENT TO SAVE HUMAN LIFE OR
    TO EVEN PROVIDE SIMPLE HEALTH CARE FOR
    SIMILARLY SITUATED PRE-TRIAL DETAINEES
    WHO IS FORCED TO DEAL WITH THE SAME SEVERE
    PAIN THAT THE PLAINTIFF IS FORCED TO DEAL
    + LIVE WITH DAILY SINCE FEB 15, 2022 ....;

(D) THE UNCONSTITUTIONAL ACTIONS OF AMANDA LNU, OTHELLA LNU, DR. WINCHESTER LNU, WILLIAM MONDAY (ADMINISTRATOR), GREG WILLIAMS (ADMINISTRATOR), TURNKEY HEALTH, OKLA. CRIMINAL JUSTICE AUTHORITY/OKLA. CO. DET. CENTER ARE REPRESENTIVE OF THE THEIR (OKLA. CO. DET. CENTER/TURNKEY HEALTH) OFFICIAL POLICY THAT'S BECOME CUSTOMARY OF THE OKLA. CO. DET. CENTER AND ARE CARRIED OUT IN THIS CASE MATTER BY THE OFFICIALS WITH THE FINAL POLICY MAKING AUTHORITY. LEDBETTER V. CITY OF TOPEKA, KANSAS, 318 F. 3d 1183, 1189 (10TH CIR. 2003) (QUOTING CAMFIELD V. CITY OF OKLA. CITY, 248 F. 3d 1214, 1229 (10TH CIR. 2001)..... THE PLAINTIFF IS ALLEGING ALL THE ABOVE AGAINST THE OKLA. CO. DET. CENTER---TURNKEY HEALTH--- ALL THE EMPLOYEES OF [THE MENTIONED EMPLOYEES] OF BOTH---AND ESPECIALLY WILLIAM MONDAY & GREG WILLIAMS, ADMINISTRATORS OF THE JAIL TRUST'S POLICIES OF INADEQUATE TRAINING AND THEIR INADEQUATE SUPERVISION; AND THEIR UNPROFESSIONAL EMPLOYEES, AS A lack OF SUPERVISION, CONTINUE TO ADHERE TO UNCONSTITUTIONAL CUSTOMS & PRACTICES OF "NEGLIGENCE AND DELIBERATE INDIFFERENCE TO MY [PRE-TRIAL DETAINEE] SERIOUS MEDICAL NEEDS." THEIR RE- -FUSAL TO GIVE INMATES THEIR PAIN MEDICATION AS THEY STAND 2 STEPS AWAY WATCHING THE INMATE IN PAIN BEGGING FOR HELP, HOLDING THE MEDICATION IN THEIR HAND.....THEN TELL THE INMATE: "GET UP & WALK OVER HERE OR YOU WILL NOT RECEIVE YOUR MEDICATION." THE PLAINTIFF (ME), I AM IN NEED OF A TOTAL HIP JOINT REPLACEMENT AND ON A good DAY I USE A CAIN TO WALK, BUT ON A BAD DAY, I CAN NOT EVEN GET OUT THE BED NOR CAN I WALK. THE NURSES WILL LEAVE ME LAYING THERE AND WALK OFF (OTHELLA LNU & AMANDA LNU) WITHOUT NO MEDICATION, AIDE NOR ASSISTANCE. THE EMERGENCY MEDICAL PHONE OPERATORS IGNORE ███████ SERIOUS MEDICAL INMATE NEEDS ACCORDING TO THIS SAME CUSTOM & PRACTICE THAT'S BECOME WIDESAREAD THROUGHOUT OKLA. CO. DET. CENTER. SEE MONELL, 436 U.S. @ 694; BOARD OF COUNTY COMM'RS V. BROWN, 520 U.S. 397, 409 (1997)

DEFENDANTS MONDAY - WILLIAMS - WINCHESTER - AMANDA WU - OTHELLA WU EACH
POSSESSED THE RESPONSIBILITY AND THEY IMPLEMENTED AND CONTINUED THE WIDE-
- SPREAD PRACTICES & OPERATIONS OF THE UNCONSTITUTIONAL CUSTOMS & POLICIES
THAT IGNORES MY SERIOUS MEDICAL NEED, DELIBERATELY WITH OBVIOUS INDIF-
- FERENCE TO THE NORMAL TREATMENT OF OTHER PEOPLE IN NEED OF A
TOTAL HIP JOINT REPLACEMENT, THEY EACH ACTED WITH THE STATE OF MIND
NECESSARY TO ESTABLISH THE ALLEGED CONSTITUTIONAL DEPRIVATION.
Dodds v. RICHARDSON, 614 F. 3d 1185, 1199 (10TH CIR. 2010); LEDBETTER, 318
F. 3d 1183, 1189 (10TH CIR. 2003).

(2)(G)

"DEFENDANTS MONDAY & WILLIAMS BOTH HAD FACTUAL KNOWLEDGE OF MY SERIOUS
MEDICAL NEEDS AND THEY BLATANTLY .... STRATEGICALLY .... AND INTENTIONALLY
IGNORED THE EXCRUCIATING PAIN I SUFFER DAILY!" ALL IN VIOLATION OF MY
14TH AMENDMENT GUARANTEED RIGHT TO BE FREE THEIR DEPRIVATION OF MEDICAL
CARE AND INHUMANE CONDITIONS OF CONFINEMENT.

14

(3)    List the supporting facts:

IN 02/2022, I WAS TREATED BY DR. WINCHESTER OF OKLA. Co. DET. CENTER, HE DETERMINED THAT I NEED A TOTAL HIP JOINT REPLACEMENT AND PRESCRIBED A CANE TO HELP ME WALK, BUT NO ~~____~~ PAIN MANAGEMENT, AND HE MADE NO ATTEMPTS TO GET OR AIDE ME IN GETTING THE SURGERY OR → SEE P.16

(4)    Relief requested: (State briefly exactly what you want the court to do for you.)

PLEASE HELP ME TODAY, I NEED RELIEF FROM THIS EXCRUCIATING PAIN I'M EXPERIENCING DAILY; IMMEDIATE SURGERY; ESTABLISH TURN-KEY POLICIES THAT WILL ASSURE MORE COMPETENT MEDICAL PERSONNEL; AND ESTABLISH MORE CIVILIZED POLICIES TO PREVENT THE LNU's FROM → SEE PG 20

## 2.    Claim II:

(1)    List the right that you believe was violated:

8TH & 14TH AMENDMENTS OF THE UNITED STATE CONSTITUTION, EXCESSIVE BED BUGS.... BED BUG BITES.... BEDBUG EGGS INSIDE MY ARM (RIGHT) CRAWLING.

_____

_____

(2)    List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

William MONDAY, GREG Williams, TURNKEY HEALTH, OKLA. Co. DET. CENTER.

_____

_____

_____

(3)  <u>LIST SUPPORTING FACTS CONTINUED:</u>

PAIN MEDS MORE STRONGER THAN A COMMON ASPRIN. ON THE FOLLOWING DATES:

02/27/2022, I WAS DENIED THE PRESCRIBED PAIN MEDICATION BY THE MED PASS NURSE

03/11/2022, I WROTE THE OKLA. CO. CT. ADMINISTRATOR ABOUT MY PAIN AND

MY NEED FOR SURGERY

16

MAR. 11, 2022, PUBLIC DEFENDER [STATE PD] CAME TO ME & RE-
⎯QUESTED THAT I SIGN A MEDICAL RECORD RELEASE
FORM ;

MAR. 12, 2022, AT 5:47 A.M. I EXPERIENCED EXTREMELY
SEVERE PAIN & I CALLED FOR HELP ON THE
JAIL PHONE IN MY CELL 13-D-22 AND THEY SAID
THEY WOULD SEND MEDICAL, BUT THEY NEVER CAME;

MAR. 16, 2022, I FILED A "MOTION FOR MEDICAL RELEASE TO UNDER-
⎯GO HIP JOINT REPLACEMENT SURGERY" IN THE OKLA.
Co. DISTRICT COURT [CF-21-4401; CF-22-910] ;

MAR. 21, 2022, I SUBMITTED A SICK CALL SLIP TO MEDICAL ASKING
FOR HELP/RELIEF FROM MY PAIN ;

MAR. 21, 2022, I WROTE TO THE OKLA. Co. DIST. CT. ADMINIS-
⎯TRATOR AGAIN ;

MAR. 24, 2022, I SUBMITTED MEDICAL REQUEST #170389952 ;

MAR. 24, 2022, I SUBMITTED A SICK CALL SLIP ;

MAR. 25, 2022, I WAS TAKEN FROM 13-D-22 TO THE 8TH FLOOR
OF THIS FACILITY FOR AN EKG, BLOOD WORK, AND U.A.;

MAR. 26, 2022, I SUBMITTED A SICK CALL SLIP ;

MAR. 30, 2022, I FILED MEDICAL GRIEVANCE #171244422 ;

MAR. 30, 2022, I SENT A MEDICAL REQUEST TO ADMINISTRATOR
#171244502 ;

MAR. 31, 2022, I FILED A MEDICAL PAIN GR. #171430742, THIS
GRIEVANCE WAS CLOSED APRIL 1, 2022 ;

MAR. 31, 2022, I MADE TWO MEDICAL EMERGENCY CALL ON THE
WALL PHONE IN MY CELL ;

MAR. 31, 2022, I COMPLAINED TO THE 13TH FLOOR A.M. SHIFT



17

③ List Supporting Facts Continued:

Hip Joint Surgery THAT SHE EXPERIENCED AND WHAT I
SHOULD EXPECT TO EXPERIENCE BEFORE & AFTER SURGERY.
SHE THEN GAVE ME PAIN MEDICATION AND ADVISED ME TO SUBMIT
A SICK CALL SLIP TO SEE THE DOCTOR.

I OBEYED HER AND WAS SEEN BY DR. WINCHESTER NOT
TOO LONG AFTERWARDS, AND HE TOLD ME THAT I NEEDED A
TOTAL REPLACEMENT OF MY LEFT HIP JOINT. HE STATED THAT
THE PAIN MANAGEMENT MEDIATION NECESSARY FOR MY LEVEL
OF PAIN WAS NOT AUTHORIZED IN THIS INSTITUTION. HE SAID
HE WOULD PRESCRIBE SOMETHING FOR MY PAIN, NOT MUCH
MORE POTENTANT THAAN ASPRIN, BUT THAT WAS THE BEST
HE COULD DO.

I AM STILL EXPERIENCING TERRIBLE PAIN WHILE
OKLA. CO. CRIMINAL JUSTICE AUTHORITY CONTINUE TO
PROLONG MY SUFFERING BY PLAYING A GAME WITH MY
GRIEVANCE APPEAL TO THE ADMINISTRATIVE REVIEW
AUTHORITY [WILLIAM MONDAY & GREG WILLIAMS], AS
THEY STRATEGICALLY IGNORE THE EXCRUCIATING PAIN
THAT I SUFFER DAILY WHEN I TAKE EACH STEP AS
I WALK; AS I STAND TOO LONG; AS I SIT IN THE
SAME POSITION TOO LONG; AS I LAY IN THE SAME
POSITION TOO LONG... I SUFFER WITHOUT CEASING,
THIS EXCRUCIATING PAIN DAILY....

THEREFORE, ON THE FOLLOWING DATES:
FEB. 27, 2022, I WAS DENIED THE PRESCRIBED PAIN MEDS;
MAR. 11, 2022, I WROTE THE OKLA. CO. CT ADMINISTRATOR ABOUT
MY PAIN AND MY NEED FOR SURGERY;

MAR. 31, 2022, CONTINUED: SARGENT AND THE OLDER D.O.
THAT WORKED THAT DAY [NAME UNKNOWN] AND I
ALSO SPOKE TO THE NURSE THAT PASTED OUT
MEDICATION THAT DAY AND SHE SAID THAT SHE
DON'T HAVE PAIN MEDS FOR ME THAT DAY, SO I
SUBMITTED A PAPER SICK CALL SLIP AND A MEDI-
-CAL GRIEVANCE

APRIL 1, 2022, I WAS BED RIDDEN WITH PAIN AND THE A.M.
NURSE WHO PASTED OUT MEDS AT PILL CALL
REQUESTED LPN AMANDA TO COME HELP ME.
LPN AMANDA CAME TO MY CELL AND TOOK
MY BLOOD PRESSURE & VITALS, SHE THEN
RAN A PEN DOWN MY LEG BEFORE SHE
BEGIN STICKING ME ON THE BOTTOM OF MY
FOOT AND ASKED IF I FELT IT? I
TOLD HER THE ONLY THING I FEEL IS THE
PAIN IN MY HIP JOINT. SHE THEN SAID: "I
WILL BE BACK/WITH A DOCTOR AND SHE JUST LEFT
ME LAYING THERE AND NEITHER HER
NOR A DOCTOR EVER RETURN... NEVER!;

APRIL 6, 2022, FILED MEDICAL GRIEVANCE #172379922, IT
WAS CLOSED ON MAY 02, 2022;

APRIL 7, 2022, FILED MEDICAL GRIEVANCE # 172707022;

APRIL 10, 2022, FILED MED. GR. #172996032 [SURGERY];

APRIL 13, 2022, FILED GR.# 171244422;

APRIL 14, 2022, PAIN WAS SO INTENSE I COULD NOT
MOVE AND THE A.M. NURSE GAVE MY MEDS
TO A D.O. TO BRING TO ME IN BED;

APRIL 15, 2022, ARA REQUEST TO STAFF # 173868662 ;

APRIL 18, 2022, MEDICAL BOND # 174252232 ;

APRIL 20, 2022, SUBMITTED PAPER SICK CALL SLIP [PAIN]

APRIL 26, 2022, EMERGENCY MEDICAL GR. # 175683172,

LPN OTHELIA STOOD IN MY DOOR WAY WITH

MY PAIN MED IN HIS HAND, WHILE I

LAY IN BED IN PAIN, AND HE MADE A

JOKE ABOUT IT, BEING 7 HRS. LATE WITH

MY EVENING MEDS... WHILE I LAY IN

PAIN, HE WALKED OFF AND REFUSED TO

GIVE ME MY PAIN MEDS

MAY 2, 2022, ARA GR. # 172996032 [NEED SURGERY]

MAY 2, 2022, GR. # 172379922 ; MAY 3, RTS # 176626292 ;

MAY 6, 2022, ARA GR. # 176637322 [SURGERY] CLOSED MAY 9, 2022 ;

MAY 6, 2022, ARA GR. # 177276642 [SURGERY]

MAY 9, 2022, ARA GR # 9

MAY 9 ) ARA GR. # 177276642, REQUESTED 2 HARD COPIES

MAY 16, REQUESTED 2 HARD COPIES OF GR. # 177276642

AND THE RESPONSE WAS, THEY WILL BE DELIVERED

TO MY UNIT MANAGER, BUT THEY NEVER WERE.

MAY 20 SEEN BY NURSE KYLE (BEDBUGS) MEDS REINSTATE ORDER

MAY 13 GR MAY 6 ) SEEN BY NURSE KYLE MEDS ORDERED

MAY 6 GR. # 177267072 (BEDBUG) (PRESCRIBED MEDS)

MAY 10 GR. # 177971902 (BEDBUG, ARA GR APPEAL)

MAY 9 ARA GR. # 176637322 (CLOSED BY GARVIN HOLLOWAY)

MAY 3 RTS. (SURGERY) MAY 17-20, NO PAIN MEDS AT ALL.

MAY 6 SUBMITTED MENTAL HEALTH SICK CALL, COULD NOT SLEEP BECAUSE OF
BEDBUG BITES + EGGS IN MY ARM + NIGHTMARES OF BEDBUGS

MAY 20 NURSE KYLE SAID HE WOULD FIND OUT WHATS THE PROBLEM W/MY MEDS
AND THEY WAS REINSTATED 05-21-2022.

6-10-22 MENTAL HEALTH — NIGHTMARES BEDBUGS — SEVERE ITCHING + VISIONS
6-11-22 SAID I'LL BE SEEN

04-15-2022, ARA REQUEST TO STAFF #173868662;

04-18-2022, MEDICAL BOND REQUEST #174252232, TO STAFF;

04-20-2022, SUBMITTED PAPER SICK CALL SLIP FOR MY EXCRUCIATING PAIN;

04-26-2022, EMERGENCY MEDICAL GRIEVANCE #175683192, OTHELLA LWU STOOD

IN DOORWAY OF MY CELL #13-A-22 WITH MY PAIN MEDS IN HIS HAND, 7HRS LATER

THAN THE PRESCRIBED TIME/SCHEDULED TIME NORMALLY PASSED OUT (5:00pm)

WHILE I LAID IN PAIN, HE JOKED ABOUT IT AND WALKED OFF WITH MY

MEDICATION + LEFT ME LAYING IN PAIN;

05-02-2022, ARA GRIEVANCE #172996032 [MY NEED FOR SURGERY];

05-02-2022, GRIEVANCE #172379922;

05-03-2022, REQUEST TO STAFF #176626292;

05-06-2022, ARA GRIEVANCE #176637322 [MY NEED FOR SURGERY];

05-06-2022, ARA GRIEVANCE #177276642 [SURGERY];

05-09-2022, CLOSED OUT ARA GRIEVANCE #176637322, BY GARVIN HOLLOWAY;

05-09-2022, ARA GR. #177276642, REQUEST FOR TWO HARD/PAPER COPIES;

05-16-2022, REQUESTED 2 HARD COPIES OF ARA GR. #177276642 AGAIN, BUT NEVER

WAS IT PROVIDED TO ME;

07-20-2022, PAIN SEVERE ████ COMPLAINT IGNORED # TK-████ 1x42Y0Y5P89V PAIN ETENDING TO SPINE + GROIN AREA;

07-31-2022, PAIN + NUMBNESS COMPLAINT IGNORED, #TK-McQMENMFOiSW;

08-22-2022, PAIN - PRE-OPT REQUEST #TK- ZG3BF.J.iz2dv.T, TURNKEY HEALTH DECIDED NOT TO PAY

FOR NECESSARY SURGERY [DR.BECKY PATA] BECAUSE WHILE AT LIBERTY, WHEN I

WAS A FREE MAN, I WALKED OUT OF MY FINAL DOCTOR'S APPT. @ V.A. HOSPITAL

WITH DR. ALi, TO HIRE DIFFERENT PRIMARY CARE DOCTOR, FOR SECOND OPINION;

08-26-2022, PRE-OPT REQUEST, EXTREME PAIN --- #TK-M84Ki.9OWOBIi

CONTINUED FROM P.21 ~ BOTTOM

(4) RELIEF REQUESTED CONTINUED:

HAVING TO STAND IN THE DOOR WAY WITH PAIN MEDICATION IN HAND, BUT CAN NOT STEP 2FT. INSIDE OF THE CELL OF A BEDRIDDEN INMATE SUFFERING IN PAIN TO GIVE HIM OR HER THEIR ; PROVIDE A MORE CLEAN, SANITIZED, MODERN DAY MEDICAL UNIT FREE OF BEDBUGS AND FILTH, PLEASE ; CHANGE THE POLICIES TO ALLOW MORE THAN ONE (ON SITE) DOCTOR 24 HRS/A DAY, WHICH WOULD REDUCE THE NUMBER OF DEATHS, BECAUSE IT IS IM- -POSSIBLE FOR DR. WINCHESTER TO PROVIDE HIS SERVICE TO 1500 INMATES BY HIM- -SELF ; FOR MY EXCRUCIATING PAIN I CONTINUE TO ENDURE DAILY SINCE 02-15-2022, FIVE MILLION DOLLARS AWARDED TO ME FOR THE DEBILIATING EFFECT PROLONGING SURGERY HAS HAD ON THE DECREASEING OF MY MOBILITY AND REDUCTION OF MY RANGE OF MOTION, LIMITING MY ABILITY TO SIT, STAND, BEND OVER, SQUAT, AND EVEN MY ABILITY TO LAY DOWN AND RELAX. ALSO, IN ORDER TO DETER THIS TYPE OF DELIBERATE INDIFFERENCE TO THE SERIOUS MEDICAL NEEDS OF OTHER INMATES & PRE-TRIAL DETAINEES IN THE FUTURE.

20

2. CLAIM II, ② LIST THE SUPPORTING FACTS CONTINUED:

OR SQUEEZED AND POP THEM, GREEN & YELLOW SLIME WOULD GUSH OUT OF MY ARM AND SOME
TIME WHEN I POPPED ONE OUT, YOU COULD SEE IT MOVE ON ITS ON ACCORD. I WOULD SHOW THE
LNU's AND THEY WOULD GIVE ME CREAM, BUT THE CREAM DID NOT KILL THEM, IT ONLY REDUCED
THE ITCHING SLIGHTLY. AFTER SOME TIME, THE LNU's REFUSED TO GIVE ME THE CREAM
BECAUSE THEY SAID THAT I NEEDED TO SEE A DOCTOR. AFTER SUBMITTING SEVERAL REQUEST
TO STAFFS FOR A DOCTOR'S APPOINTMENT, I FILED:

05-06-2022, MEDICAL GRIEVANCE FOR BEDBUG BITES, G.R.#177267072;

05-06 & 13-2022, NURSE KYLE CAME TO MY CELL # 13-D-22 AND VIEWED THE SORES AND
BUMPS ON MY ARMS & BODY & THE BACK OF MY HEAD, BUT HE WAS MOST CONCERNED
ABOUT THE DAMAGE ON MY RIGHT ARM, AND HE ORDER MEDICATION FOR ME;

05-06-2022, I SUBMITTED MENTAL HEALTH SICK CALL, POSSIBLE BEDBUGS HATCHING INSIDE
MY ARM WAS DRIVING ME CRAZY, I COULD NOT SLEEP, THINK OR NOTHING;

05-20-2022, I WAS SEEN BY NURSE KYLE BECAUSE I WAS SO PERSISTENT ABOUT
GETTING HELP FOR MY RIGHT ARM AND I STILL HAD NOT RECEIVED THE MEDICATION
THAT HE ORDERED FOR ME. HE APPEARED TO BE DISAPPOINTED WHEN HE SAW THE
CONDITION OF MY ARM AND SAID HE WOULD " REINSTATE THE MEDICATION ORDER
HE ORDERED ON MAY 6, 2022. ON THE 16th, 17th, & 18th OF MAY 2022, MY
ARM WAS FULL OF WHAT LOOKED LIKE PIMPLES THAT I WOULD SQUEEZE AND
POP—. AND NASTY LOOKING STUFF WOULD SQUEEZE OUT AND SOME OF IT WOULD
MOVE ON ITS ON ACCORD;

06-10, 2022, @ C.C.D.C. IN NORMAN OKLA, I SUBMITTED MENTAL HEALTH SICK
CALL REQUEST FOR HELP WITH MY BEDBUG NIGHTMARES THAT WAS CAUSING ME
MENTAL ANGUISH, LACK OF SLEEP, ITCHING + VISIONS OF ME POPPING THOSE BUMPS
THAT WERE ON MY ARMS;

06-11-2022, MENTAL HEALTH SAID I WOULD BE SEEN, REQUEST #TR-FK2Y5CHE3TIV,
BUT I WAS NEVER SEEN. (SEE BOTTOM OF P.#19; 07-20-2022 TO 08-26-2022)

21

CONTINUED FROM PAGE 24

3. CLAIM III: ① GROSS & CULPABLE NEGLIGENCE

ALL OF THE DEFENDANTS LISTED IN THIS CIVIL ACTION PRACTICED AND CONTINUE AGGRAVATED AND CRIMINAL ACTS OF RECKLESS AND UNUSUAL DISREGARD OF DUTY, AND DELIBERATE INDIFFERENT TO MY SERIOUS [AND OTHERS] MEDICAL NEED. TURNKEY HEALTH'S DELIBERATE AND UNUSUAL DISREGARD [OF DUTY] OF SEVERE PAIN I AM STILL SUFFERING SINCE 02-15-2022, AND THE RISK OF ME BEING PERMANENT DISABILITY IN PLAINTIFF'S LEFT HIP JOINT & LEFT LEG, AND LOWER LEFT BACK AND MY GROIN AREA. SEE LAWSON V. COM. 547 S.E. 2d 513, 516-517 (Va. APP. 2001).


3. ②: LIST THE DEFENDANTS TO THIS CLAIM:

William MONDAY, et al., EVERY DEFENDANT CITED IN THE ABOVE CITED CASE MATTER.

3. ③: SUPPORTING FACTS:

EACH DEFENDANT HAD KNOWLEDGE OF MY EXCRUCIATEING DAILY PAIN AND THE EXCESSIVE RISK OF ME SUFFERING A PERMANENT DISABILITY, AS A RESULT OF THE UNUSUAL DISREGARD OF MY DAILY PAIN. AMANDA LNU, OTHELLA LNU, THE IN CELL PHONE OPERATOR'S INSUFFICIENT TRAINING ON HOW TO RESPOND TO SERIOUS MEDICAL NEEDS; DR. WINCHESTER'S LYING ABOUT HE COULD NOT GIVE ME NOTHING EXCEPT COMMON ASPRINS, BUT DR. BECKY PATA GAVE ME CODINE & TYLENOL #4 WHEN I WAS TRANSFERED TO C.C.D.C., AND THEY BOTH WORK FOR TURNKEY HEALTH. THE POLICIES THAT ALLOW AMANDA LNU & OTHELLA LNU TO WALK OFF FROM A PATIENT SUFFERING IN PAIN, WHILE THEY STAND 2FT AWAY WITH THE PATIENT'S MEDICATION IN HIS HANDS IS INHUMANE, UNCONSTITUTIONAL AND GOES AGAINST THE HIPPOCRATIC OATH THAT TURNKEY HEALTH SO PROUDLY PROCLAIM THEY ARE SWORN UNTO.


DR. WINCHESTER WAS AUTHORIZED TO TREAT MY LEVEL OF PAIN WITH AT LEAST THE SAME THING DR. PATA DID TEMPORARILY. I WITNESSED OTHER PATIENTS ON THE SAME MEDICAL UNIT I WAS ON RECEIVE NARCOTICS DAILY, AND NO MATTER IF IT CONSTITUTED GROSS NEGLIGENCE, DELIBERATE INDIFFERENCE, INADEQUATE POLICIES OR THE CUSTOMARY PRACTICE THAT'S THE NORM IN THE OKLA. Co. DET. CENTER.... IT WAS WRONG OF HIM

BECAUSE I SUFFERED SEVERE PAIN DAILY UNDER THE CARE OF TURNKEY HEALTH AND I NEED DR. WINCHESTER, GREG WILLIAMS, WILLIAM MONDAY... IN A DESPERATE WAY.... SEE ROBBIN V. OKLA, 519 F. 3d @ 1250.... THEY ALL INTENTIONALLY ALLOWED ME TO SUFFER EVEN NOW, AND ITS OBVIOUS THAT A SEVERE FRACTURE HAS OCCURRED AND THEY ALL KNOW THAT A BREAK IN MY HIP JOINT IS ONLY A MATTER OF TIME. THIS SITUATION IS A CLEAR CASE OF CRIMINAL NEGLIGENCE, BECAUSE THEY KNOW I AM STILL SUFFERING EXCRUCIATING PAIN TODAY + TURNKEY HEALTH IGNORES THIS FACT. DOBBS V. RICHARDSON, 614 F.3d 1185, 1199 (10TH CIR. 2010); MONELL, 436 U.S. 658, 691 (1978); LEDBETTER V. CITY OF TOPEKA, KS., 318 F.3d 1183, 1189 (10TH CIR. 2003) (QUOTING CAMFIELD V. CITY OF OKLA. CITY, 248 F.3d 1214, 1229 (10TH CIR. 2001)).

THE CONTINUED DELIBERATE "NEGLIGENCE", PROMULGATION, CREATION, AND IM--PLEMENTATION FOR THE CONTINUED OPERATION OF THESE UNCONSTITUTIONAL POLICIES, PER-ARE -PETRATED WITH THE CULPABLE STATE OF MIND NECESSARY TO IMPOSE LIBILITY. SEE SELF V. CRUM, 439 F.3d 1227, 1230 (10TH CIR. 2006); CLARK, 895 F.3d @ 1267 (10TH CIR. 2018).

I, THE PLAINTIFF IS REQUEST THE COURT TO IMPOSE LIBILITY ON ALL THE DEFENDANTS IN BOTH, THEIR PERSONAL + OFFICIAL CAPACITIES. THEY ALL ARE GUILTY OF RECKLESS DISREGARD OF PROBABLE CONSEQUENCES OF THEIR WILFUL AND INTENTIONAL WRONGDOINGS. SEE DARTT V. BROWNING-FERRIS INDUS., INC, 427 MASS. @ 17, 691 N.E. 2d 526, QUOTING FROM BAIN V. SPRINGFIELD, 424 MASS. 758, 767, 678 N.E. 2d 155 (1997) (PUNITIVE DAMAGES APPROPRIATE "WHERE A DEFENDANT'S CONDUCT WARRANT'S CONDEMNATION AND DETERRANCE").

3.(4): RELIEF REQUESTED:

PUNITIVE DAMAGES OF $1.00 PER EVERY MINUTE I SUFFERED DAILY EXCRUCIATING PAIN; CORRECT THE POLICIES AND POLICY ENFORCERS' IMPLEMENTATION OF THE UNCONSTITUTIONAL POLICIES AND THE WIDESPREAD ILLEGAL CUSTOMS.

(3)   List the supporting facts:

BETWEEN 02-15-2022, (I WAS BITEN DAILY) AND 05-27-2022, ALL OVER MY BODY BY BEDBUGS AND THE MOST HORRIBLE SORES THAT DEVELOPED ON MY BODY WAS THE ONES ON MY RIGHT ARM, THAT BECAME A HOST WHERE EGGS WHERE LAID INSIDE MY ARM. IT WAS TERRIBLE, WHEN I SCRATCHED THEM OR → SEE P. 21

(4)   Relief requested:  (State briefly exactly what you want the court to do for you.)

CONDEMN THE OKLA. DET. CENTER ENTIRE BUILDING; CHANGE THE POLICIES THAT ALLOW MENTAL HEALTH, LNU's FROM PROVIDEING PROFESSIONAL CARE, e.g., THE MENTAL HEALTH WOMAN AT C.C.D.C. SAID SHE HAD TOO MANY OTHER PEOPLE TO SEE BESIDES ME, SO I WAS NEVER SEEN; FIVE MILLION DOLLARS TO DETER THIS WIDESPREAD NEGLIGENCE IN THE FUTURE.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s). (CLAIM III : GROSS + CULPABLE NEGLIGENCE) (SEE P. 22)

## VI.   Declarations

I declare under penalty of perjury that the foregoing is true and correct.
I SWEAR THAT I'VE SERVED DEFENDANTS SIMULTANEOUSLY, 28 U.S.C. § 1746.

_Michael A. Campbell_
Plaintiff's signature

_09-11-2022_
Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the __11th__ day of _SEPTEMBER_, 20_22_.

_Michael A. Campbell_
Plaintiff's signature

_09-11-2022_
Date

Rev. 10/20/2015                    24