| 140021573 | Intake Screening - Medical | Any injuries to report due to arrest or booking? If yes, please note. | No | Whobrey, Linda | 02-16-2022 12:28 pm |
|---|---|---|---|---|---|
| 140021573 | Intake Screening - Medical | Does the inmate show signs of or reporting complaints of significant injury, excessive bleeding, altered consciousness, respiratory distress, chest pains, or psychosis, or other emergent condition requiring immediate treatment? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Have you had a significant head injury in the past 3 days? If yes, did you seek treatment? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | When was your last healthcare visit? (Include provider name and location and complete a Release of Information, as applicable) | Dr. Ali through VA | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Have you ever been incarcerated at this facility? (If yes, provide year) | Yes (2021) | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Who is your emergency health contact? | Thersa 405-831-9828 | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Is the patient currently taking any medications? | Yes | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | If yes to above question, list all current medications including dosages, frequency, last time taken, and name of pharmacy. | patient on mental health, HTN, and DM medications thorough the VA but does not know the names or doses | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Has the patient been checked for head lice? | Yes | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Does the patient need treatment for head lice? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Does the patient wear glasses, contacts, dentures, partial, hearing aids or use canes, crutches or any prosthesis or medical devices? If yes, please note. | Yes (RX glasses ) | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | If yes to the above question, does the inmate have the item on their person? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | If yes to the above question, has the item been place in property? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Patient Vitals | [blank] | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | High Blood Pressure / Heart attack / Cardiac disease? If yes, when? Explain. | Yes (DX 2001) | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Cancer/Oncology? Note Type. | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Are you currently being treated for lung disease (asthma)? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Stroke? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Diabetes? Do you use Insulin? (Type or Dose) Note Current FSBS Do you consider your diabetes as under good control? | Yes (type II 2020 yes under control) | Whobrey, Linda | 02-16-2022 12:28 pm |

| 140021573 | Intake Screening - Medical | Seizures? Note date of last seizure. | No | Whobrey, Linda | 02-16-2022 12:28 pm |
|---|---|---|---|---|---|
| 140021573 | Intake Screening - Medical | HIV? If yes how long? Current Meds? Date of last lab? Current Provider? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Current STD's? If yes, what type? Are you receiving treatment? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Liver Disease or Hepatitis? If yes, note type and for how long. | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Do you have a history of TB treatment or a Positive Skin Test? If yes, please note when, where and the date of last treatment. | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Have you recently experienced any of the following? If yes, please explain. | none | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | **IS THE DETAINEE AN ICE INMATE?** ****If yes, a TB skin test must be planted now, during intake unless contra-indicated**** | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Major Dental Conditions? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Mental Health Condition? (Complete Mental Health Intake Screening on every person) | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Appearance | Unremarkable | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Behavior | Appropriate | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | State of Consciousness | Alert | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Breathing | Unremarkable | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Ease of Movement | Unremarkable | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Skin Conditions: | none | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Are you pregnant now ? | No (male) | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Have you swallowed or hidden drugs inside your body prior to or during your arrest that may be dangerous? If so, what drug and amount ? ** IF YES NOTIFY HCP IMMEDIATELY** | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Are you using or have you ever used any of the following? If so, what is the date of last use and frequency of use (daily, often, occasionally)? **IF ANY ARE DAILY - INITIATE APPROPRIATE DETOX/WITHDRAWAL MONITORING FLOWSHEET** | Amphetamine/Speed (meth yesterday 1/4 gram Cocaine a week ago. Patient I use occasionally. ) | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Are you using or have you ever used any of the following? If so, what is the date of last use and frequency of use (daily, often, | Crack/Cocaine (meth yesterday 1/4 gram Cocaine a week ago. Patient I use occasionally. ) | Whobrey, Linda | 02-16-2022 12:28 pm |

DX3.0013

| | | | | | |
|---|---|---|---|---|---|
| | (occasionally)? **IF ANY ARE DAILY.- INITIATE APPROPRIATE DETOX/WITHDRAWAL MONITORING FLOWSHEET** | | | | |
| 140021573 | Intake Screening - Medical | Have you ever had or are you currently having any withdrawal symptoms when you stopped drugs or alcohol? **IF YES, EXPLAIN AND REFER FOR IMMEDIATE EVALUATION BY A PROVIDER** | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Are you a current IV drug user? (If yes, refer to the provider for evaluation) | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Have you ever served in a branch of the military? If yes, please note, Are you a veteran? Have you ever been diagnosed with a service connected disability? | No | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Other comments or physical findings not covered on this questionnaire? | n/a | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Are any of the following applicable to the patient? | N/A | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Recommended housing based on medical/mental health evaluation: | General Population | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Continuity of Care Plan: | No referral needed at this time | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | Has the inmate received instructions on the facility's Sick Call process? | Yes | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Intake Screening - Medical | GENERAL CONSENT FOR TREATMENT: "I have received instructions on how to access medical, mental health and dental services in the facility, and I've been given to the opportunity to have my health related questions answered. I give my consent to receive health related services from Turn Key Health Clinics while incarcerated at this facility." | :::02/16/2022 1227 | Whobrey, Linda | 02-16-2022 12:28 pm |
| 140021573 | Tuberculosis Skin Test - Read | Date Read | 02/18/2022 | Thomas, LPN, Corey | 02-18-2022 8:00 am |
| 140021573 | Tuberculosis Skin Test - Read | Result in mm | 0mm | Thomas, LPN, Corey | 02-18-2022 8:00 am |
| 140021573 | Tuberculosis Skin Test - Read | TST is: Please Note that: Positive if 10 mm or greater INDURATION (NOT REDNESS) or 5 mm for HIV patients | Negative (0 MM) | Thomas, LPN, Corey | 02-18-2022 8:00 am |
| 140021573 | Chronic Care - Initial with History and Physical Assessment | Patient Vitals Note peak flow if indicated (i.e. Asthma) | Given 0.1mg Clonidine, Lisinopril 10mg, Amlodipine 5mg in chronic care clinic | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:20 am |
| 140021573 | Chronic Care - Initial with History and Physical Assessment | Allergies | NKDA | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |
| 140021573 | Chronic Care - Initial with History and Physical Assessment | Current Medications | MELOXICAM 7.5MG TAB BID; Directions: 1 TAB By Mouth BID ; LOSARTAN POTASSIUM 25MG TAB QD AM; Directions: 1 TAB By Mouth QD AM ; METFORMIN HCL 500MG TAB BID; Directions: 1 TAB By Mouth BID ; ESCITALOPRAM 10MG TAB QD PM; Directions: 1 TAB By Mouth QD PM ; Crush; indication: anxiety, depression; | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |
| 140021573 | Chronic Care - Initial with History and Physical Assessment | Medication Compliance | Compliant | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |

DX3.0014

| 140021573 | Mental Health - Mental Health Professional Note | Judgment | Fair | James, Dnaydavina | 02-18-2022 12:44 pm |
|---|---|---|---|---|---|
| 140021573 | Mental Health - Mental Health Professional Note | Suicidal/Homicidal Ideation - Reported thoughts/plans of self-injury/homicide: | Denied | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Explain any discrepancies between current symptoms reported by the patient and what is observed clinically | N/A | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Psychotropic Medication | None reported | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | If medication prescribed historically | Unknown | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Participation | Active engagement | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Provisional DSM 5 Diagnosis | deferred | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Current symptom severity | Mild - No significant impact on inmate's ability to function satisfactorily in the current setting. | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Progress after mental health encounter | No Change | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Overall progress | No Change | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Additional Assessment Notes | N/A | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Follow-up: | Patient instructed to submit request for follow-up as needed | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Patient communicates a willingness to notify security/medical personnel of any suicidal/homicidal ideation or intent. | Yes | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Patient educated on how to request follow-up services. | Yes | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Mental Health - Mental Health Professional Note | Additional Notes | N/A | James, Dnaydavina | 02-18-2022 12:44 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Allergies: | NKDA | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Initial Complaint: | L hip pain, pt states he is scheduled for a hip joint replacement at VA Hospital Dr. Ali is his pcp | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Onset: | Recurrence | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Activity at onset: | constant since before he came to jail | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Location: | 4C | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Type of pain: | Sharp | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Type of pain: | Constant | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Type of pain: | Pain with weight bearing | Williams, Misty | 02-18-2022 2:50 pm |

DX3.0033

| 140021573 | Nursing Protocol - Musculoskeletal Pain | Pain level on scale of 1-10 with 10 being the most pain | | Williams, Misty | 02-18-2022 2:50 pm |
|---|---|---|---|---|---|
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Associated Symptoms: | Tender to touch | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Gait: | Limping | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Vitals | [blank] | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Pulses: (distal to pain) | Present | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Skin temp: (distal to pain) | Warm | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Appearance of affected area: | Edema | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Range of Motion: | Greatly decreased | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Additional notes: | pt reports disabilities from military service bilateral hips, pt has reduced range of motion bilateral hips and uses a walker while he is at home, pt reports pain and states that he sometimes tumbles and falls due to his hip giving out on him. | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Subjective compliant of alteration in comfort related to musculoskeletal pain | [blank] | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | INTERVENTIONS: | Acetaminophen 325mg 2 tabs p.o. bid for no more than 7 days without Provider order | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | INTERVENTIONS: | Ibuprofen 200mg 2 tablets p.o. bid for no more than 7 days without Provider order | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Additional Orders: | per Dee Tillman APRN move to 13th floor and schedule to see Dr. Winchester next week. | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Instructed to avoid heavy lifting, strenuous work / activity until problem resolved, medication use, intended effects and the potential for side effects, follow-up sick call if no improvement. | [blank] | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Nursing Protocol - Musculoskeletal Pain | Patient verbalizes understanding of instructions. | [blank] | Williams, Misty | 02-18-2022 2:50 pm |
| 140021573 | Phone Orders - Deshell Tillman, APRN | Allergies | NKDA | Williams, Misty | 02-18-2022 2:51 pm |
| 140021573 | Phone Orders - Deshell Tillman, APRN | Date and Time | 02/18/2022 1450 | Williams, Misty | 02-18-2022 2:51 pm |
| 140021573 | Phone Orders - Deshell Tillman, APRN | Medications Ordered (TORB) | No | Williams, Misty | 02-18-2022 2:51 pm |
| 140021573 | Phone Orders - Deshell Tillman, APRN | Additional Provider Orders (TORB) | Yes (per Dee Tillman APRN move to 13th floor and schedule to see Dr. Winchester next week. ) | Williams, Misty | 02-18-2022 2:51 pm |
| 140021573 | Phone Orders - Deshell Tillman, APRN | Telephone/Verbal Orders Read Back and Verified | Yes | Williams, Misty | 02-18-2022 2:51 pm |
| 140021573 | Mental Health - Psychiatry Note | Current Housing Status | General Population | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Reason For Mental Health Encounter | medication follow-up | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - | Patient's Report of Current Functioning | denies adverse medication side effects. reports that the lexapro | Cuka, M.D., | 02-21- |

DX3.0034

| | | | | | |
|---|---|---|---|---|---|
| | Psychiatry Note | | | M.B.A., Gabriel | 2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | If medication prescribed historically | Compliant | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Participation | Active engagement | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Current symptom severity | Mild - No significant impact on inmate's ability to function satisfactorily in the current setting. | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Progress after mental health encounter | Improved adaptive functioning | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Overall progress | Improved adaptive functioning | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Treatment Plan | Change Medications | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Medication Consent Verified | N/A | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Follow-up: | Psychiatry follow-up 90 days | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Follow-up: | Patient instructed to submit request for follow-up as needed | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Patient communicates a willingness to notify security/medical personnel of any suicidal/homicidal ideation or intent. | Yes | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Education provided: | How to access additional health services | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Education provided: | Treatment Plan | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Mental Health - Psychiatry Note | Education provided: | Potential for discontinuation of medications if below 75% compliant | Cuka, M.D., M.B.A., Gabriel | 02-21-2022 3:24 pm |
| 140021573 | Keep on Person (KOP) Agreement | My Keep on Person (KOP) Medication(s) is/are: | PATIENT HAS SEVERE DEGENERATIVE DISEASE OF HIS L HIP. HE SHOULD BE ALLOWED TO KEEP AND USE A CANE | Winchester, MD, Mark | 02-23-2022 1:06 pm |
| 140021573 | Keep on Person (KOP) Agreement | My Keep on Person (KOP) Medication(s) is/are: | PLEASE GIVE THIS PATIENT AN EXTRA MATTRESS | Winchester, MD, Mark | 02-23-2022 1:08 pm |
| 140021573 | History and Physical | Allergies | NKDA | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |
| 140021573 | History and Physical | Current Medications | MELOXICAM 7.5MG TAB BID; Directions: 1 TAB By Mouth BID ; LOSARTAN POTASSIUM 25MG TAB QD AM; Directions: 1 TAB By Mouth QD AM ; METFORMIN HCL 500MG TAB BID; Directions: 1 TAB By Mouth BID ; ESCITALOPRAM 10MG TAB QD PM; Directions: 1 TAB By Mouth QD PM ; Crush; indication: anxiety, depression; | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |
| 140021573 | History and Physical | Follow-up / Referral required: | Other (specify) | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |
| 140021573 | History and Physical | Additional Comments | COMPLETED IN CHRONIC CARE CLINIC 3/1/22;SEE FORMS | Rumley, ARNP-CNP, Samantha | 03-01-2022 10:06 am |
| 140021573 | Segregation Rounds | Current Observations | Alert / No Distress | Stafford, Ruby | 03-07-2022 1:39 pm |
| 140021573 | Segregation Rounds | Request for Medical Services? | Yes (stated that he has been nauseated and had blurry vision since last night) | Stafford, Ruby | 03-07-2022 1:39 pm |
| 140021573 | Segregation Rounds | Request for Mental Health Services? | No | Stafford, Ruby | 03-07-2022 1:39 pm |

DX3.0036

| Last Modified Date and Time | 02-25-2022 2:30 pm |
|---|---|
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | task not completed/cleared |
| Change Note Type | Deleted Appointments |
| Change Note Date | 02-27-2022 12:00 am |
| Change Note By | Hadden, RN, HSA, Shirley |

| Appointment Scheduled Date | 02-24-2022 |
|---|---|
| Appointment Created Date | 02-18-2022 2:55 pm |
| Appointment Description | **Seen on 2.23.22 pt to see Dr. Winchester to evaluate for use of assistive device to ambulate. |
| Appointment Category | HCP - Medical Director |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Williams, Misty |
| Appointment Last Modified By | Winchester, MD, Mark |
| Last Modified Date and Time | 02-24-2022 5:50 pm |
| Appointment Completed By | Winchester, MD, Mark |
| Completed Date and Time | 02-24-2022 5:50 pm |
| Appointment Change Note | Completed Appointment |
| Change Note Type | Completed Appointments |
| Change Note Date | 02-24-2022 12:00 am |
| Change Note By | Winchester, MD, Mark |

| Appointment Scheduled Date | 02-25-2022 |
|---|---|
| Appointment Created Date | 02-17-2022 2:20 pm |
| Appointment Description | lexapro for anxiety + depression .......................... started 2/17 |
| Appointment Category | MTH - Psychiatrist |
| Priority (1=High, 5=Low) | 2 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Williams, ARNP-CNP, Stephanie |
| Appointment Last Modified By | Cuka, M.D., M.B.A., Gabriel |
| Last Modified Date and Time | 02-21-2022 8:48 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | create master list |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 02-21-2022 12:00 am |
| Change Note By | Cuka, M.D., M.B.A., Gabriel |

| Appointment Scheduled Date | 02-28-2022 |
|---|---|
| Appointment Created Date | 02-16-2022 12:28 pm |
| Appointment Description | Intake Screening - Medical 02-16-2022 12:28 pm Initial CCC eval |
| Appointment Category | HCP - Chronic Care Clinic |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Whobrey, Linda |
| Appointment Last Modified By | Rumley, ARNP-CNP, Samantha |
| Last Modified Date and Time | 02-28-2022 8:41 pm |

DX3.0102

| | | | | |
|---|---|---|---|---|
| 02-23-2022 10:08 am | Received | [blank] | Whisenhunt, Shawnda | IBUPROFEN (ADVIL) 200MG 2 TAB By Mouth BID PRN |
| 02-24-2022 12:40 am | Received | [blank] | McCuller, Sherelle | ACETAMINOPHEN (TYLENOL) 325MG 2 TAB By Mouth BID PRN |
| 02-24-2022 12:40 am | Received | [blank] | McCuller, Sherelle | IBUPROFEN (ADVIL) 200MG 2 TAB By Mouth BID PRN |
| 02-24-2022 12:40 am | Received | [blank] | McCuller, Sherelle | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-24-2022 10:05 am | Received | [blank] | McHatton, Jami | LOSARTAN POTASSIUM (COZAAR) 25MG 1 TAB By Mouth QD AM |
| 02-24-2022 10:05 am | Received | [blank] | McHatton, Jami | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-25-2022 12:15 am | Received | [blank] | Capehart, CMA, Othello | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-25-2022 12:15 am | Received | [blank] | Capehart, CMA, Othello | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-25-2022 10:12 am | Received | [blank] | Hoffman, Tyler | LOSARTAN POTASSIUM (COZAAR) 25MG 1 TAB By Mouth QD AM |
| 02-25-2022 10:12 am | Received | [blank] | Hoffman, Tyler | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-25-2022 10:12 am | Received | [blank] | Hoffman, Tyler | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-25-2022 4:14 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-25-2022 4:14 pm | Received | [blank] | Cramer, Genice | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-26-2022 4:32 pm | Received | [blank] | Williams, Misty | LOSARTAN POTASSIUM (COZAAR) 25MG 1 TAB By Mouth QD AM |
| 02-26-2022 4:32 pm | Received | [blank] | Williams, Misty | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-26-2022 4:32 pm | Received | [blank] | Williams, Misty | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-26-2022 10:20 pm | Other | pt. did not come for med | Jackson, Amanda | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-26-2022 10:20 pm | Other | pt. did not come for med | Jackson, Amanda | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-27-2022 10:35 am | Received | [blank] | Gray, Brittany | LOSARTAN POTASSIUM (COZAAR) 25MG 1 TAB By Mouth QD AM |
| 02-27-2022 10:35 am | Received | [blank] | Gray, Brittany | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-27-2022 10:35 am | Received | [blank] | Gray, Brittany | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-27-2022 8:42 pm | Other | pt. did not come for med | Capehart, CMA, Othello | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-27-2022 8:42 pm | Other | pt. did not come for med | Capehart, CMA, Othello | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-28-2022 12:02 pm | Refused | [blank] | Hallock, LPN, Jessica | LOSARTAN POTASSIUM (COZAAR) 25MG 1 TAB By Mouth QD AM |
| 02-28-2022 12:02 pm | Refused | [blank] | Hallock, LPN, Jessica | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-28-2022 12:02 pm | Refused | [blank] | Hallock, LPN, Jessica | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 02-28-2022 4:53 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 02-28-2022 4:53 pm | Received | [blank] | Cramer, Genice | METFORMIN HCL (GLUCOPHAGE) 500MG 1 TAB By Mouth BID |
| 03-01-2022 10:40 am | Received | Stat | Rumley, ARNP-CNP, Samantha | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth Stat |
| 03-01-2022 10:40 am | Received | Stat | Rumley, ARNP-CNP, Samantha | AMLODIPINE BESYLATE (NORVASC) 5MG 1 TAB By Mouth Stat |
| 03-01-2022 10:40 am | Received | Stat | Rumley, ARNP-CNP, Samantha | LISINOPRIL (PRINIVIL) 5MG 2 TAB By Mouth Stat |
| 03-01-2022 6:33 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 03-01-2022 6:40 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 03-02-2022 11:26 am | Received | [blank] | Cramer, Genice | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 03-02-2022 11:26 am | Received | [blank] | Cramer, Genice | Lisinopril 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 03-02-2022 11:26 | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |

DX3.0061

| | |
|---|---|
| Appointment Set By | Pettit, LPN, Britney |
| Appointment Last Modified By | Stafford, Ruby |
| Last Modified Date and Time | 03-11-2022 12:17 pm |
| Appointment Completed By | Stafford, Ruby |
| Completed Date and Time | 03-11-2022 12:17 pm |
| Appointment Change Note | Completed Appointment |
| Change Note Type | Completed Appointments |
| Change Note Date | 03-11-2022 12:00 am |
| Change Note By | Stafford, Ruby |

| | |
|---|---|
| Appointment Scheduled Date | 03-13-2022 |
| Appointment Created Date | 03-07-2022 1:39 pm |
| Appointment Description | Segregation Rounds 03-07-2022 01:39 pm |
| Appointment Category | HCP - Provider Sick Call |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Stafford, Ruby |
| Appointment Last Modified By | Rumley, ARNP-CNP, Samantha |
| Last Modified Date and Time | 03-11-2022 12:22 pm |
| Appointment Completed By | Rumley, ARNP-CNP, Samantha |
| Completed Date and Time | 03-11-2022 12:22 pm |
| Appointment Change Note | Completed Appointment |
| Change Note Type | Completed Appointments |
| Change Note Date | 03-11-2022 12:00 am |
| Change Note By | Rumley, ARNP-CNP, Samantha |

| | |
|---|---|
| Appointment Scheduled Date | 03-21-2022 |
| Appointment Created Date | 03-01-2022 10:20 am |
| Appointment Description | Chronic Care - Initial with History and Physical Assessment 03-01-2022 10:20 am CCC Please write BASELINE on ekg |
| Appointment Category | ANC - EKG |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |
| Appointment Set By | Rumley, ARNP-CNP, Samantha |
| Appointment Last Modified By | Johnson, LPN, Jewel |
| Last Modified Date and Time | 03-21-2022 8:50 pm |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | UNABLE TO GET TO D/T NO OFFICER TIL AFTER 12 AND THIS NURSE SHIFT ENDED AT 11AM. |
| Change Note Type | Rescheduled Appointments |
| Change Note Date | 03-21-2022 12:00 am |
| Change Note By | Johnson, LPN, Jewel |

| | |
|---|---|
| Appointment Scheduled Date | 03-21-2022 |
| Appointment Created Date | 03-01-2022 10:06 am |
| Appointment Description | Chronic Care - Initial with History and Physical Assessment 03-01-2022 10:06 am CCC labs CBC CMP FLP Urine w/dipstick |
| Appointment Category | ANC - Laboratory |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Rescheduled |
| Requested by Patient? | No |

DX3.0105

| | |
|---|---|
| Appointment Change Note | did not want blood pressure taken |
| Change Note Type | Refused Appointments |
| Change Note Date | 04-05-2022 12:00 am |
| Change Note By | Smith, Essence |

| | |
|---|---|
| Appointment Scheduled Date | 04-05-2022 |
| Appointment Created Date | 03-29-2022 10:25 am |
| Appointment Description | med review for bp checks. pt reports previous stroke |
| Appointment Category | HCP - Medication Review |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Pettit, LPN, Britney |
| Appointment Last Modified By | Tillman, Deshell |
| Last Modified Date and Time | 04-04-2022 11:05 pm |
| Appointment Completed By | Tillman, Deshell |
| Completed Date and Time | 04-04-2022 11:05 pm |
| Appointment Change Note | ADDED NEW BP MEDICATION |
| Change Note Type | Completed Appointments |
| Change Note Date | 04-04-2022 12:00 am |
| Change Note By | Tillman, Deshell |

| | |
|---|---|
| Appointment Scheduled Date | 04-14-2022 |
| Appointment Created Date | 03-22-2022 3:31 pm |
| Appointment Description | **Seen on 3.23.22 pt was seen by MD in Feb placed sick call stating he he not getting adequate meds for pain and needing surgery |
| Appointment Category | HCP - Medical Director |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Melton LPN, Becky |
| Appointment Last Modified By | Winchester, MD, Mark |
| Last Modified Date and Time | 04-14-2022 2:51 pm |
| Appointment Completed By | Winchester, MD, Mark |
| Completed Date and Time | 04-14-2022 2:51 pm |
| Appointment Change Note | Completed Appointment |
| Change Note Type | Completed Appointments |
| Change Note Date | 04-14-2022 12:00 am |
| Change Note By | Winchester, MD, Mark |

| | |
|---|---|
| Appointment Scheduled Date | 04-15-2022 |
| Appointment Created Date | 04-13-2022 6:14 pm |
| Appointment Description | hip pain |
| Appointment Category | NUR - Nurse Sick Call |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Hadden, RN, HSA, Shirley |
| Appointment Last Modified By | Melton LPN, Becky |
| Last Modified Date and Time | 04-14-2022 3:08 pm |
| Appointment Completed By | Melton LPN, Becky |
| Completed Date and Time | 04-14-2022 3:08 pm |
| Appointment Change Note | pt seen by MD |

DX3.0116

| | |
|---|---|
| Appointment Change Note | Inmate was released 07-05-2021 |
| Change Note Type | Deleted Appointments |
| Change Note Date | 07-05-2021 12:00 am |
| Change Note By | System, CorEMR |

| | |
|---|---|
| Appointment Scheduled Date | 08-23-2022 |
| Appointment Created Date | 03-01-2022 10:20 am |
| Appointment Description | Chronic Care - Initial with History and Physical Assessment 03-01-2022 10:20 am CCC follow-up |
| Appointment Category | HCP - Chronic Care Clinic |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Deleted |
| Requested by Patient? | No |
| Appointment Set By | Rumley, ARNP-CNP, Samantha |
| Appointment Last Modified By | Rumley, ARNP-CNP, Samantha |
| Last Modified Date and Time | 03-01-2022 10:37 am |
| Appointment Completed By | N/A |
| Completed Date and Time | N/A |
| Appointment Change Note | duplicate |
| Change Note Type | Deleted Appointments |
| Change Note Date | 03-01-2022 12:00 am |
| Change Note By | Rumley, ARNP-CNP, Samantha |

## Chart Notes

| Note Date | Note Text | Note By | Note Access | Note Type |
|---|---|---|---|---|
| 07-02-2021 2:26 pm | error on chart. PREA completed on wrong chart at this time | Cargill, LPN, Rebecca | Medical Staff | Misc. Note |
| 02-23-2022 1:26 pm | PT PRESENTS WITH SEVERE L HIP DJD AND WAS SCHEDULED FOR JOINT REPLACEMENT AT VA HOSPITAL . HE IS REQUESTING A WALKING CANE ,AN EXTRA MATTRESS, AND AN OR . AFTER EXAM I SIGNED A KOP FOR THE CANE AND EXTRA MATTRESS. DISCUSSED HIS CHARGES AND HIS CHANCES OF BEING GIVEN A OR FOR THIS MEDICAL PROBLEM I RXED MELOXICAM AND WILL SEE HIM AGAIAN AFTER HIS COURT DATE | Winchester, MD, Mark | Medical Staff | Medical Note |
| 03-24-2022 11:41 pm | Comments from Quest lab integration: FASTING: YES | System, CorEMR | All Staff | Misc. Note |
| 04-14-2022 2:16 pm | F/U CONTINUED PAIN WILL ADD ROBAXIN CONTINUE WALKER AND EXTRA MAT | Winchester, MD, Mark | Medical Staff | Medical Note |
| 05-02-2022 2:15 pm | Last court date March 15th, unknown when next court date will be | Hadden, RN, HSA, Shirley | Medical Staff | Medical Note |

## Problems

DX3.0123

| Date/Time | Status | Note | Staff | Medication |
|---|---|---|---|---|
| 04-20-2022 1:24 pm | Received | [blank] | Gist, Ashly | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-20-2022 1:24 pm | Received | [blank] | Gist, Ashly | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-20-2022 1:24 pm | Received | [blank] | Gist, Ashly | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-20-2022 1:24 pm | Received | [blank] | Gist, Ashly | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-20-2022 1:24 pm | Received | [blank] | Gist, Ashly | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-21-2022 12:40 am | Refused | [blank] | Smith, Essence | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-21-2022 12:40 am | Refused | [blank] | Smith, Essence | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-21-2022 12:40 am | Refused | [blank] | Smith, Essence | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-21-2022 9:34 am | Received | [blank] | Akomah, CMA, Mary | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-21-2022 9:34 am | Received | [blank] | Akomah, CMA, Mary | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-21-2022 9:34 am | Received | [blank] | Akomah, CMA, Mary | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-21-2022 9:34 am | Received | [blank] | Akomah, CMA, Mary | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-21-2022 9:34 am | Received | [blank] | Akomah, CMA, Mary | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-21-2022 11:55 pm | Received | [blank] | Smith, Essence | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-21-2022 11:55 pm | Received | [blank] | Smith, Essence | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-21-2022 11:55 pm | Received | [blank] | Smith, Essence | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-22-2022 1:38 pm | Received | [blank] | Gist, Ashly | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-22-2022 1:38 pm | Received | [blank] | Gist, Ashly | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-22-2022 1:38 pm | Received | [blank] | Gist, Ashly | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-22-2022 1:38 pm | Received | [blank] | Gist, Ashly | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-22-2022 1:38 pm | Received | [blank] | Gist, Ashly | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-23-2022 1:21 am | Received | [blank] | Smith, Essence | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-23-2022 1:21 am | Received | [blank] | Smith, Essence | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-23-2022 1:21 am | Received | [blank] | Smith, Essence | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-23-2022 1:24 pm | Received | [blank] | Gillis, Lashuna | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-23-2022 1:24 pm | Received | [blank] | Gillis, Lashuna | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-23-2022 1:24 pm | Received | [blank] | Gillis, Lashuna | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-23-2022 1:24 pm | Received | [blank] | Gillis, Lashuna | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-23-2022 1:24 pm | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-23-2022 9:57 pm | Received | [blank] | Gillis, Lashuna | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-23-2022 9:57 pm | Received | [blank] | Gillis, Lashuna | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-23-2022 9:57 pm | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-24-2022 9:06 pm | Received | [blank] | Jackson, Amanda | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-24-2022 9:06 pm | Received | [blank] | Jackson, Amanda | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-24-2022 9:06 pm | Received | [blank] | Jackson, Amanda | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-25-2022 1:27 pm | Received | [blank] | Cramer, Genice | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-25-2022 1:27 pm | Received | [blank] | Cramer, Genice | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-25-2022 1:27 pm | Received | [blank] | Cramer, Genice | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-25-2022 1:27 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-25-2022 1:27 pm | Received | [blank] | Cramer, Genice | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-26-2022 3:43 am | Other | pt. did not come for med | Capehart, CMA, Othello | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-26-2022 3:43 am | Other | pt. did not come for med | Capehart, CMA, Othello | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-26-2022 3:43 am | Other | pt. did not come for med | Capehart, CMA, Othello | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-26-2022 1:39 pm | Received | [blank] | Cramer, Genice | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-26-2022 1:39 pm | Received | [blank] | Cramer, Genice | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-26-2022 1:39 pm | Received | [blank] | Cramer, Genice | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-26-2022 1:39 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |

DX3.0068

| Date/Time | Status | Note | Staff | Medication |
|---|---|---|---|---|
| 04-26-2022 1:39 pm | Received | [blank] | Cramer, Genice | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-26-2022 10:17 pm | Received | [blank] | Capehart, CMA, Othello | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-26-2022 10:17 pm | Received | [blank] | Capehart, CMA, Othello | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-27-2022 2:09 am | Received | [blank] | Capehart, CMA, Othello | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-27-2022 11:47 am | Received | [blank] | Cramer, Genice | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-27-2022 11:47 am | Received | [blank] | Cramer, Genice | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-27-2022 11:47 am | Received | [blank] | Cramer, Genice | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-27-2022 11:47 am | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-27-2022 11:47 am | Received | [blank] | Cramer, Genice | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-27-2022 9:37 pm | Received | [blank] | Capehart, CMA, Othello | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-27-2022 9:37 pm | Received | [blank] | Capehart, CMA, Othello | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-27-2022 9:37 pm | Refused | [blank] | Capehart, CMA, Othello | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-28-2022 12:04 pm | Received | [blank] | Cramer, Genice | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-28-2022 12:04 pm | Received | [blank] | Cramer, Genice | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-28-2022 12:04 pm | Received | [blank] | Cramer, Genice | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-28-2022 12:04 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-28-2022 12:04 pm | Received | [blank] | Cramer, Genice | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-29-2022 1:04 am | Other | pt. did not come for med | Capehart, CMA, Othello | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-29-2022 1:04 am | Other | pt. did not come for med | Capehart, CMA, Othello | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-29-2022 1:04 am | Other | pt. did not come for med | Capehart, CMA, Othello | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-29-2022 4:40 pm | Received | [blank] | Cramer, Genice | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-29-2022 4:40 pm | Received | [blank] | Cramer, Genice | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-29-2022 4:40 pm | Received | [blank] | Cramer, Genice | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-29-2022 4:40 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-29-2022 4:40 pm | Received | [blank] | Cramer, Genice | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-29-2022 4:43 pm | Received | [blank] | Cramer, Genice | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-29-2022 4:43 pm | Received | [blank] | Cramer, Genice | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-29-2022 4:43 pm | Received | [blank] | Cramer, Genice | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-30-2022 11:55 am | Received | [blank] | Gillis, Lashuna | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-30-2022 11:55 am | Received | [blank] | Gillis, Lashuna | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-30-2022 11:55 am | Received | [blank] | Gillis, Lashuna | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 04-30-2022 11:55 am | Received | [blank] | Gillis, Lashuna | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-30-2022 11:55 am | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 04-30-2022 7:28 pm | Refused | [blank] | Gist, Ashly | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 04-30-2022 7:28 pm | Refused | [blank] | Gist, Ashly | MELOXICAM (MOBIC) 7.5MG 1 TAB By Mouth BID |
| 04-30-2022 7:28 pm | Refused | [blank] | Gist, Ashly | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-01-2022 8:18 pm | Received | [blank] | Gillis, Lashuna | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |

| Date/Time | Status | Notes | Staff | Medication |
|---|---|---|---|---|
| 05-19-2022 11:27 am | Received | [blank] | Kellum, CMA, Kiara | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-20-2022 12:39 am | Received | [blank] | Smith, Essence | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-20-2022 12:31 pm | Received | [blank] | Gist, Ashly | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-20-2022 12:31 pm | Received | [blank] | Gist, Ashly | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-20-2022 12:31 pm | Received | [blank] | Gist, Ashly | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-20-2022 10:40 pm | Received | [blank] | Smith, Essence | DIPHENHYDRAMINE HCL (BENADRYL) 25MG give 1 cap po NOW; Not to be given @ pill pass |
| 05-20-2022 10:40 pm | Received | [blank] | Smith, Essence | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-20-2022 10:40 pm | Received | [blank] | Smith, Essence | HYDROCORTISONE LB (HYTONE) 1% Apply to affected area bid |
| 05-21-2022 2:54 pm | Received | [blank] | Gillis, Lashuna | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-21-2022 2:54 pm | Received | [blank] | Gillis, Lashuna | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-21-2022 2:54 pm | Received | [blank] | Gillis, Lashuna | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-21-2022 2:54 pm | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-21-2022 9:10 pm | Received | [blank] | Gillis, Lashuna | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-21-2022 9:10 pm | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-22-2022 11:51 am | Received | [blank] | Gillis, Lashuna | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-22-2022 11:51 am | Received | [blank] | Gillis, Lashuna | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-22-2022 11:51 am | Received | [blank] | Gillis, Lashuna | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-22-2022 11:51 am | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-22-2022 6:53 pm | Received | [blank] | Gillis, Lashuna | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-22-2022 6:53 pm | Received | [blank] | Gillis, Lashuna | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-23-2022 2:06 pm | Received | [blank] | Young, Billy | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-23-2022 2:06 pm | Received | [blank] | Young, Billy | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-23-2022 2:06 pm | Received | [blank] | Young, Billy | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-23-2022 2:06 pm | Received | [blank] | Young, Billy | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-23-2022 6:05 pm | Received | [blank] | Clark, Stacy | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-23-2022 6:05 pm | Received | [blank] | Clark, Stacy | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-23-2022 6:05 pm | Received | [blank] | Clark, Stacy | HYDROCORTISONE LB (HYTONE) 1% Apply to affected area bid |
| 05-24-2022 1:41 pm | Received | [blank] | Young, Billy | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-24-2022 1:41 pm | Received | [blank] | Young, Billy | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-24-2022 1:41 pm | Received | [blank] | Young, Billy | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-24-2022 1:41 pm | Received | [blank] | Young, Billy | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-24-2022 10:07 pm | Received | [blank] | Capehart, CMA, Othello | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-24-2022 10:07 pm | Refused | [blank] | Capehart, CMA, Othello | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-25-2022 1:50 pm | Received | [blank] | Young, Billy | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-25-2022 1:50 pm | Received | [blank] | Young, Billy | HCTZ 25mg Tablet () 25MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-25-2022 1:50 pm | Received | [blank] | Young, Billy | Lisinopril 20mg Tablet () 20MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |
| 05-25-2022 1:50 pm | Received | [blank] | Young, Billy | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-25-2022 9:10 pm | Received | [blank] | Capehart, CMA, Othello | HYDROCORTISONE LB (HYTONE) 1% Apply to affected area bid |
| 05-25-2022 9:11 pm | Received | [blank] | Capehart, CMA, Othello | CLONIDINE HCL (CATAPRES) 0.1MG 1 TAB By Mouth QD PM |
| 05-25-2022 9:11 pm | Received | [blank] | Capehart, CMA, Othello | METHOCARBAMOL (ROBAXIN) 750MG 1 TAB By Mouth BID |
| 05-26-2022 7:38 am | Received | [blank] | Akomah, CMA, Mary | amLODIPine 10mg Tablet () 10MG TAKE ONE TABLET(S) ORALLY IN THE MORNING |

DX3:0073