# Progress Notes

```
LOCAL TITLE: RADIOLOGY/NUCLEAR MEDICINE CANCELLATION NOTE
STANDARD TITLE: RADIOLOGY ADMINISTRATIVE NOTE
DATE OF NOTE: FEB 28, 2022@09:16     ENTRY DATE: FEB 28, 2022@09:16:39
      AUTHOR: MILLER,DALLAS          EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

Notice sent to: ALI, HANIA

The nuclear medicine procedure Myocardial Perfusion Scan
has been cancelled for the following reason(s):
 UNABLE TO CONTACT PT
2/7 - UNABLE TO LEAVE MESSAGE WHEN CALLED ON PHONE
CALLED 5396290818 -LEFT MESSAGE - NO RESPONSE
SENT 14 DAY LETTER --> NO RESPONSE

/es/ DALLAS MILLER, MPH, CNMT
SUPERVISOR NM
Signed: 02/28/2022 09:19

Receipt Acknowledged By:
02/28/2022 12:15       /es/ HANIA M ALI MD
                             PRIMARY CARE PHYSICIAN

```
 LOCAL TITLE: PC GENERAL NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: FEB 02, 2022@11:03     ENTRY DATE: FEB 02, 2022@11:03:17
      AUTHOR: ALI,HANIA M            EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

CHIEF COMPLAINT:
pre-op- LEFT total hip arthroplasty.

Do you have anything in your life that is worrying you or causing you stress?
NO

REVIEW OF SYSTEMS:

Cardiac:

Negative for Chest Pain, HTN, PND, DOE, Palpitations

Respiratory:

Negative for Cough, Wheeze, Dyspnea, DOE

GI:

All ROS symptoms negative for: change in appetite, dysphagia,
heartburn, abdominal pain, belching/gas, hematemesis, hematochezia,

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA  73121 | Printed at OKLAHOMA CITY VAMC |

Opt-Out: Not Defined

**DX1.0044**

# Progress Notes

Printed On Jun 10, 2022

```
melena, jaundice, hemorrhoids, change in bowel habits

Neuro:

All ROS symptoms negative for:  Headaches, dizziness, seizures,
memory loss, paralysis, loss of consciousness, change in
sensation,poor coordination, numbness, weakness, tingling

PHYSICAL EXAM
Pt walked out before PE was completed.

MEDICATION RECONCILIATION:

Medication Reconciliation is required at all outpatient
encounters where medications are reviewed.

ALLERGIES AND MEDICATIONS

Allergies/ADRs (Tool #5)

FACILITY                              ALLERGY/ADR
--------                              -----------
MUSKOGEE, OK VAMC                     NO KNOWN ALLERGIES
OKLAHOMA CITY VAMC                    No Known Allergies

Med Recon NoGlossary (Tool #1)

INCLUDED IN THIS LIST:  Alphabetical list of active outpatient
prescriptions dispensed from this VA (local) and dispensed from another
VA or DoD facility (remote) as well as inpatient orders (local pending and
active), local clinic medications, locally documented non-VA medications,
and local prescriptions that have expired or been discontinued in the past
90 days.

Non-VA Meds Last Documented On: ** Data not found **
**********************************************************************

***NOTE*** The display of VA prescriptions dispensed from another VA or
DoD facility (remote) is limited to active outpatient prescription entries
matched to National Drug File at the originating site and may not include
some items such as investigational drugs, compounds, etc.

NOT INCLUDED IN THIS LIST: Medications self-entered by the patient into
personal health records (i.e. My HealtheVet) are NOT included in this
list. Non-VA medications documented outside this VA, remote inpatient
orders (regardless of status) and remote clinic medications are NOT
included in this list. The patient and provider must always discuss
medications the patient is taking, regardless of where the medication was
dispensed or obtained.
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA   73121 | Printed at OKLAHOMA CITY VAMC |

## Progress Notes

Printed On Jun 10, 2022

```
------------------------------------------------------------------

OUTPT AMLODIPINE BESYLATE 5MG TAB (Status = Active)
      TAKE ONE TABLET BY MOUTH DAILY
           Rx# 11982734 Last Released: 9/15/21    Qty/Days Supply: 30/30
           Rx Expiration Date: 5/6/22             Refills Remaining: 1

OUTPT BACLOFEN 10MG TAB (Status = EXPIRED)
      TAKE ONE TABLET BY MOUTH THREE TIMES DAILY AS NEEDED FOR MUSCLE
      RELAXANT
           Rx# 12232224 Last Released: 12/15/21   Qty/Days Supply: 15/7
           Rx Expiration Date: 1/12/22            Refills Remaining: 0

OUTPT CYCLOBENZAPRINE HCL 10MG TAB (Status = Active)
      TAKE ONE-HALF TABLET BY MOUTH THREE TIMES DAILY FOR MUSCLE SPASM
      RELAXANT
           Rx# 12275646 Last Released: 1/27/22    Qty/Days Supply: 45/30
           Rx Expiration Date: 2/24/22            Refills Remaining: 0

OUTPT LISINOPRIL 20MG TAB (Status = Active)
      TAKE ONE TABLET BY MOUTH DAILY FOR BLOOD PRESSURE
           Rx# 11982736 Last Released: 9/23/21    Qty/Days Supply: 30/30
           Rx Expiration Date: 5/6/22             Refills Remaining: 1

OUTPT MELOXICAM 15MG TAB (Status = EXPIRED)
      TAKE ONE TABLET BY MOUTH DAILY
           Rx# 12145934 Last Released: 9/30/21    Qty/Days Supply: 90/90
           Rx Expiration Date: 12/27/21           Refills Remaining: 0

OUTPT NAPROXEN 500MG TAB (Status = EXPIRED)
      TAKE ONE TABLET BY MOUTH TWICE DAILY AS NEEDED *TAKE WITH FOOD*
      FOR INFLAMMATION AND/OR PAIN *** DO NOT TAKE WITH MELOXICAM ***
           Rx# 12232226 Last Released: 12/15/21   Qty/Days Supply: 20/10
           Rx Expiration Date: 1/12/22            Refills Remaining: 0


------------------------------------------------------------------
                              SUPPLIES
------------------------------------------------------------------

OTC OR NON-VA PRESCRIPTION MEDICATIONS:



Reviewed active, recently expired, non-VA and remote
medications list in the medical record with the
patient/caregiver.  The medication list was reviewed
for dosage, omissions and timely refills.

Medication discrepancies were NOT found.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL, MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA   73121 | Printed at OKLAHOMA CITY VAMC |

Page 33 of 178

Opt-Out: Not Defined

DX1.0046

## Progress Notes

Printed On Jun 10, 2022

```
Patient was provided an updated reconciled medication
list and educated on medication(s).  Any referrals or
follow up instructions were provided with updated
reconciled list.  Patient was reminded to discard old
lists and to update any records with all other providers
and retail pharmacies.  Patient verbalized understanding.

ALLERGIES

   Patient/family state(s):  No new allergies



Problem List:
Code        Description
F32.9       Depression (SCT 35489007)
I10.        HTN - Hypertension (SCT 38341003)
Z72.0       Tobacco User (SCT 110483000)

VITAL SIGNS:
Pulse:              99 (01/26/2022 07:44)
Blood Pressure:     140/88 (01/26/2022 07:44)
Respirations:       15 (01/26/2022 07:44)
Temperature:        97.9 F [36.6 C] (01/26/2022 07:44)
Patient Weight:     210.1 lb [95.5 kg] (01/26/2022 07:44)
Patient Height:     70 in [177.8 cm] (09/28/2021 10:35)
Patient BMI:        30.2
Pain:               1 (01/26/2022 07:44)   (0-10 scale)
O2 Saturation:      96% (01/26/2022 07:44)

ASSESSMENT/PLAN
pre op - LEFT total hip arthroplasty.

1) No hx of CAD:
- No SOB or cp on daily activites.
- Mpi order.
- Pt can walk maybe a block wihtout chest pain and SOB.
pt was so focused on pain meds , he didnt want to answer other qs


2) Pt states hes smoking  since couple yrs.
-  Will order PFTs
-  Denies SOB
pt was so focused on pain meds , he didnt want to answer other qs

urine drug screen ordered. pt kept asking for pain meds. i explained him i
needed a uds to chck since last one was abnormal, once i review uds i can give
apporpriate  meds. he walked out of my office.
i tried explaining again but he walked out.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA   73121 | Printed at OKLAHOMA CITY VAMC |

Page 34 of 178

Opt-Out: Not Defined

DX1.0047

# Progress Notes

Printed On Jun 10, 2022

```
i explained him its a safety issue.  but he walked out.

Alcohol Use Screen (AUDIT-C):
    Alcohol Screen:
The patient declined to answer questions about alcohol use.
he walked




F/u PRN

Plan of care, treatment options and services discussed with
patient.  Patient given opportunity to provide input to
decisions.

Medication education and counseling for new medications added today was provided
to the Veteran based on the Veteran's individual needs.  This included why the
medication was prescribed, how they should take it and for how long, what to
expect from it, and what happens if medication is not taken as prescribed.
Patient and/or family verbalized understanding of instructions.  A copy of the
updated medication list was also given that included the medications added,
changed, and/or discontinued today.


DATA REVIEW:

The patient was informed of available laboratory and procedure
test results and given the opportunity to ask questions.

Clinician Plan of Care for Pain:

The patient's pain was addressed today and education was provided to the patient
and family related to
the pain treatment plan.

In addition:
   [X] Medication was ordered/renewed.
   [ ] No medication changes were recommended at this time.
   [ ] Non-pharmacologic interventions were recommended today.

   [ ] No specific non-pharmacologic intereventions apply at this
time.
   [ ] Opioid agreement has been previously implemented, and patient
        has been compliant with the opioid agreement.
   [ ] Opioid agreement will be implemented today.
   [ ] Opioid agreement is not applicable.
   [ ] Counselling/reassurance was provided.
   [ ] Referral was made.

/es/ HANIA M ALI MD
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA   73121 | Printed at OKLAHOMA CITY VAMC |

Page 35 of 178

Opt-Out: Not Defined

DX1.0048

To:                          From: Aiza Claraval     RECEIVED  06/10/2022 01:48PM
                                                     06/10/22 01:48 PM   Page 40 of 180

# Progress Notes

Printed On Jun 10, 2022

```
    cessation medications.

 Hepatitis C Testing:
    Patient declines HCV lab test.

/es/ Brian K Pearson, LPN
Staff Nurse
Signed: 02/02/2022 11:07
```

```
 LOCAL TITLE: ORTHOPAEDIC SURGERY CONSULT NOTE
STANDARD TITLE: ORTHOPEDIC SURGERY CONSULT
DATE OF NOTE: JAN 26, 2022@07:56     ENTRY DATE: JAN 26, 2022@07:56:53
      AUTHOR: CHAPMAN,CHARLENE C   EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

PATIENT IS A 60 YEAR OLD MALE SEEN AS REQUEST FOR CONSULT.

VITAL SIGNS:
   TEMPERATURE: 97.9 F [36.6 C] (01/26/2022 07:44)
         PULSE: 99 (01/26/2022 07:44)
BLOOD PRESSURE: 140/88 (01/26/2022 07:44)
        HEIGHT: 70 in [177.8 cm] (09/28/2021 10:35)
        WEIGHT: 210.1 lb [95.5 kg] (01/26/2022 07:44)
           BMI: 30.2
    PAIN SCORE: 1 (01/26/2022 07:44)

**********************************************************************
MEDICATION RECONCILIATION

MEDICATIONS DISTRIBUTED BY OTHER VAs:
No Active Remote Medications for this patient

MEDICATIONS DISTRIBUTED BY OKC VA:
Active and Recently Expired Outpatient Medications (including Supplies):

    Active Outpatient Medications                              Status
=========================================================================
1)  AMLODIPINE BESYLATE 5MG TAB TAKE ONE TABLET BY MOUTH       ACTIVE
       DAILY
2)  CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE-HALF TABLET BY       ACTIVE
       MOUTH THREE TIMES DAILY FOR MUSCLE SPASM RELAXANT
3)  LISINOPRIL 20MG TAB TAKE ONE TABLET BY MOUTH DAILY         ACTIVE
       FOR BLOOD PRESSURE

    Inactive Outpatient Medications                            Status
=========================================================================
1)  BACLOFEN 10MG TAB TAKE ONE TABLET BY MOUTH THREE           EXPIRED
       TIMES DAILY AS NEEDED FOR MUSCLE RELAXANT
2)  MELOXICAM 15MG TAB TAKE ONE TABLET BY MOUTH DAILY          EXPIRED
3)  NAPROXEN 500MG TAB TAKE ONE TABLET BY MOUTH TWICE          EXPIRED
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA   73121 | Printed at OKLAHOMA CITY VAMC |

Page 38 of 178

Opt-Out: Not Defined

DX1.0051

# Progress Notes

Printed On Jun 10, 2022

```
DAILY AS NEEDED *TAKE WITH FOOD* FOR INFLAMMATION
AND/OR PAIN *** DO NOT TAKE WITH MELOXICAM ***

6 Total Medications


Reviewed active, recently expired, non-VA and remote
medications list in the medical record with the
patient/caregiver.  The medication list was reviewed
for dosage, omissions and timely refills.

Medication discrepancies were NOT found.
OTHER MEDICATIONS & OTC VITAMINS/HERBALS: None

Patient was provided an updated reconciled medication
list and educated on medication(s).  Any referrals or
follow up instructions were provided with updated
reconciled list.  Patient was reminded to discard old
lists and to update any records with all other providers
and retail pharmacies.  Patient verbalized understanding.

ALLERGIES LISTED IN CPRS: Patient has answered NKA
OTHER ALLERGIES:
***********************************************************************

SUBJECTIVE:
Pleasant 60 year veteran who presents for LEFT hip pain that has been ongoing
for about 8 years.  Over the last year this has been particularly worse. (Pain
worse is on the LEFT).  He states he this will sometimes cause him to fall.  He
uses a cane for ambulation assistance.  He was taking hydrocodone that was
provided to him from the ER.

Not currently working
Does have family support

History of depression and hypertension

REVIEW OF SYSTEMS
Constitutional Sx: Denies fever, chills, or malaise
Cardiovascular: Denies chest pain, claudication
Respiratory: Denies shortness of breath
Musculoskeletal: See HPI
neurological: Reports headache, pins and needles, numbness, limb weakness, and
poor balance
Hematologic/lymphatic: Denies use of anticoagulant/antiplatelet drugs


PHYSICAL EXAM:
General Appearance: Well-nourished, well developed in no acute distress
Orientation: Oriented to person, place and time.          Mood / Affect: Calm
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL, MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA  73121 | Printed at OKLAHOMA CITY VAMC |

Page 39 of 178

Opt-Out: Not Defined

DX1.0052

## Progress Notes

Printed On Jun 10, 2022

```
Gait: Antalgic with cane        coordination: normal
Hip Exam LEFT
Hip Flexion (L): 90 with pain
Hip Extension (L): No flexion contractures noted
Hip IR (L): None with anterior hip pain
Hip ER (L): 15 with anterior hip pain
Strength LE: 4/5
Stinchfield positive
EHL intact
Sensation: Subjective normal distal sensation
Vasculature: 2+ dorsalis pedis pulse
LE Skin: no rashes or lesions


STUDIES/RADIOGRAPHS:
1/25/2022 XR LEFT HIP
FINDINGS:

Severe superior left hip joint space narrowing of bone-on-bone
articulation, subchondral sclerosis and cystic changes. Large marginal
osteophytes. Moderate right hip osteoarthritis is incompletely evaluated.
Intact bony pelvis. No fractures. Approximated pubic symphysis and
bilateral sacroiliac joints.

ASSESSMENT/PLAN:
Pleasant 60-year-old veteran with advanced left hip arthritis.  We discussed
left total hip arthroplasty using AAOS handout; this was provided to the patient
for future reference.  Risks and benefits were discussed.  Patient would like to
proceed with the procedure.  Will request for medical clearance prior to
scheduling.  Walker was ordered today as patient is unsteady with a cane.

Pt/family provided information about pain management options. Options include
pharmacologic/non-pharmacologic interventions. Pt/family indicate(s)
understanding.

History/physical exam/available labs and studies reviewed/discussed with
patient.


Attending Physician was available for supervision/consultation.
Attending Physician: Dr Agrawal

/es/ CHARLENE CHAPMAN,APRN-BC
NURSE PRACTITIONER
Signed: 01/26/2022 08:43
```

```
 LOCAL TITLE: SURGICAL ADMINISTRATIVE NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JAN 26, 2022@08:44    ENTRY DATE: JAN 26, 2022@08:44:10
     AUTHOR: CHAPMAN,CHARLENE C   EXP COSIGNER:
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA  73121 | Printed at OKLAHOMA CITY VAMC |

Page 40 of 178

Opt-Out: Not Defined

DX1.0053

# Progress Notes

Printed On Jun 10, 2022

```
URGENCY:                           STATUS: COMPLETED

*** SURGICAL ADMINISTRATIVE NOTE Has ADDENDA ***

Patient requesting help with pain control.
Please provide medical clearance for LEFT total hip arthroplasty.

History/physical exam/available labs and studies reviewed/discussed with
patient.

CAMPBELL,MICHAEL ANDRE


Active Problem List:
Code       Description
F32.9      Depression (SCT 35489007)
I10.       HTN - Hypertension (SCT 38341003)
Z72.0      Tobacco User (SCT 110483000)

Patient is being referred back to their Primary Care Physician for further pre-
operative clearance.  This clearance must be documented in the patient's record.



       Patient requires medical clearance prior to surgery.




/es/ CHARLENE CHAPMAN,APRN-BC
NURSE PRACTITIONER
Signed: 01/26/2022 08:56

Receipt Acknowledged By:
01/26/2022 14:51         /es/ HANIA M ALI MD
                              PRIMARY CARE PHYSICIAN
01/26/2022 15:21         /es/ ROSEMARY PARMLEY RN BSN
                              ORTHOPEDIC SURGICAL NAVIGATOR


01/26/2022 ADDENDUM                STATUS: COMPLETED
rtc is in

/es/ HANIA M ALI MD
PRIMARY CARE PHYSICIAN
Signed: 01/26/2022 14:52

Receipt Acknowledged By:
01/27/2022 08:54         /es/ MALLERY L HUNTLEY
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| CAMPBELL,MICHAEL ANDRE<br>3048 NE 30TH ST<br>OKLAHOMA CITY, OKLAHOMA  73121 | Printed at OKLAHOMA CITY VAMC |

Page 41 of 178

Opt-Out: Not Defined

DX1.0054