# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-399-R |
| ) | |
| WILLIAM MONDAY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the case, the Court has determined that the interest of justice would be advanced by legal representation of Plaintiff. Factors weighing in favor of counsel include: the procedural posture of the case; the complexity of necessary fact investigation, given the nature of Plaintiff's claims; and the impact of Plaintiff's health conditions on his ability to present his claims. *See Toevs v. Reid*, 685 F.3d 903, 916 (10th Cir. 2012); *Maclin v. Freake*, 650 F.2d 885, 887-89 (7th Cir. 1981).

While courts are not authorized to appoint counsel in Section 1983 cases, they are able to request an attorney take the case. *Rachel v. Troutt*, 820 F.3d 390, 396 (10th Cir. 2016); *See* 28 U.S.C. § 1915(e)(1). Accordingly, the Court will request legal representation for Plaintiff through the Federal Bar Association. However, the court cautions Plaintiff that it cannot guarantee an attorney will take the case.

The Clerk of the Court shall transmit this order to Erin O'Roke Oakley, Federal Bar Association liaison. No further action from either party is required.

**IT IS SO ORDERED** this 4th day of June 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE