# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-399-R |
| | ) |
| WILLIAM MONDAY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Judge Erwin's Report and Recommendation [Doc. 114] regarding Plaintiff's Motion for Summary Judgment [Doc. 75]. Judge Erwin recommends denial of the Motion because it is not based upon proper evidence, only statements found in prior Reports and the parties' briefs. Doc. 114 at 4-5. Plaintiff Campbell did not object to Judge Erwin's Recommendation before the deadline of July 15, 2024. Accordingly, the Court ADOPTS the Report and Recommendation in its entirety.

**IT IS SO ORDERED** this 23rd day of July 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE